IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>ARALPA HOLDINGS LIMITED PARTNERSHIP<br>AND RODRIGO LEBOIS MATEOS,<br><br>    Defendants. | No. 22-cv-08842 (JLR) |

### [~~PROPOSED~~] JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** that for the reasons stated in the Court's Opinion and Order dated September 14, 2023, the Court has awarded Plaintiff Citibank, N.A. damages totaling the Note's outstanding principal balance of thirty-five million dollars ($35,000,000.00), plus interest on the principal in the amount of $3,578,670.43 at the contractual default rate of interest from the date of the default (August 11, 2022) through the entry of this judgment, plus post-judgment interest at the federal statutory rate set forth in 28 U.S.C. § 1961, ~~and attorney's fees in an amount to be determined.~~ and, if and when the Court orders, an amount of attorneys' fees to be determined. Judgment is hereby entered against Defendants, and in Plaintiff's favor, for the above sums.

                **ENTERED:** this   15   day of   September   2023

                *Jennifer Rochon*
                _____
                HONORABLE JENNIFER L. ROCHON
                UNITED STATES DISTRICT COURT JUDGE