UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>    Plaintiff,<br><br> -against-<br><br>ARALPA HOLDINGS LIMITED PARTNERSHIP AND RODRIGO LEBOIS MATEOS,<br><br>    Defendants. | Case No. 22-cv-08842 (JLR)<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF PERMISSION TO FILE DOCUMENTS UNDER SEAL |

In accordance with the Court's Individual Rules of Practice, the Court hereby grants Plaintiff Citibank, N.A. permission to file under seal the documents in support of its application for ex parte relief.

The Clerk of Court is directed to file under seal the documents filed by Citibank, N.A. in support of its application and this Order. Such documents shall remain sealed unless and until this Court orders otherwise.

The Clerk of Court is respectfully directed to file this order under seal and restrict the viewing level to "sealed" and "ex parte," for viewing only by Plaintiff.

Dated: December 14, 2023
   New York, New York

ENTERED:

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT COURT JUDGE