# EXHIBIT B

## ▶ Organization Agreement/Resolution

**Please check one only.**
- ■ Corporation
- ☐ Trust
- ☐ Not-for-profit organization
- ☐ Other. Please specify (partnership, unincorporated association, etc.) _____

**This Organization Agreement/Resolution is intended as:**
- ☐ Addition
- ☐ Substitution

**Exact name of organization** ONE57 36B LLC

**Organized under the laws** NEW YORK

Please provide the names, titles (e.g., director, president, attorney-in-fact), or function (e.g., investment advisor) of all authorized persons (including the persons signing this document and the persons authorized to act).

| Print Name | Print Title/Function | Signature |
|---|---|---|
| 1. RODRIGO LEBOIS MATEOS | President | X (signed) |
| 2. ALMUDENA LEBOIS OCEJO | Secretary | X (signed) |
| 3. | | X |
| 4. | | X |
| 5. | | X |
| 6. | | X |



SIGNATURE VERIFIED
Kyanna Ceba
Assistant Vice President
CPB-LATAM
153 East 53rd Street - 13th Floor
New York, NY 10022
(212) 559-1585

### Agreed/Resolved

**Depository designation**
This organization designates Citibank, N.A. ("Citibank") a depository of its funds. It authorizes Citibank to:
- honor checks, drafts, orders, and withdrawals by the persons listed below (including those that bear or purport to bear their facsimile signature of record, including those in favor of such persons or any other person, and correspondingly debit the organization's account(s);
- receive stop-payment instructions by the persons listed below, including relative agreements, for these checks, drafts, and other orders;
- receive checks, drafts, notes, and other instruments submitted to it for deposit or collection for this organization, whether or not they are endorsed, on the understanding that every item submitted is endorsed without qualification, and
- receive account reconcilements signed by one or more of any persons listed on this Agreement.

This authority is not restricted to any particular branch(es) of Citibank.

### Authorities Granted

**Withdrawals**
This organization authorizes the persons listed below to
- sign checks, drafts, and other orders on its behalf, for funds and assets held in or for its account or credited to it by or through Citibank, its subsidiaries and affiliates, including checks, drafts or other orders in favor of any person designated below or any other person; and
- withdraw funds and assets by any other means, including, but not limited to, debit cards, credit cards, terminals, and other devices or facilities providing access to this money.

**Other business**
This organization authorizes the persons listed below to transact any other business on its behalf with or through Citigroup Inc., Citibank, their branches, subsidiaries and affiliates (each an "Affiliated Organization"), including, but not limited to, the authority to:
- discount or negotiate notes, drafts and other commercial paper;
- apply for letters or other forms of credit;
- borrow money, with or without security, in an unlimited amount;
- assign, transfer, or pledge any of the organization's property in an unlimited amount as security for its obligations or obligations of others;
- buy, trade, or sell stocks, bonds, interests in mutual funds, or other registered or unregistered securities;
- open accounts of any kind;
- appoint any Affiliated Organization as investment advisor or portfolio manager;
- enter into derivatives transactions and agreements (including options, swaps, and forwards, whether related to foreign exchange, currency, interest rates, bonds, equities, commodities, deposits, securities, or related indices or baskets thereof);
- execute and deliver automated customer services or other agreements related to computer services;
- apply funds from any of the organization's accounts to or for the purchase of any real estate interest;
- make, enter into, execute, and deliver to or through any Affiliated Organization any negotiable or nonnegotiable instruments, bill paying agreements, funds transfers, security agreements, indemnity agreements, settlements, releases, and other documents they consider advisable;
- enter into and execute a safe deposit agreement, deputy authorization, and any other agreement incidental to the operation of a safe deposit box and to operate such a safe deposit box;
- make representations about the organization's power and eligibility to enter into the above; and
- do any other act affecting the organization's financial interests.

### Persons with Full Authority

This authority may be exercised fully, orally or in writing, by the following authorized persons (insert applicable names from list above).

RODRIGO LEBOIS MATEOS

ALMUDENA LEBOIS OCEJO

Specify   ☒ singly   ☐ any two   ☐ other

### Person(s) with Limited Authority

The following person(s) may exercise this authority singly, orally or in writing. However, they may withdraw or transfer funds or assets, only between or to existing and future accounts of this organization with Affiliated Organizations.

### Prior transactions

This organization ratifies, confirms, and approves all previous withdrawals and other transactions and agreements made on its behalf with or through Affiliated Organizations.

### Revocation or modifications

Affiliated Organizations and any interested third parties may rely on the authority conferred by this entire Organization Agreement/Resolution
- unless, and to the extent that, the organization revokes or modifies it by a subsequent Organization Agreement/Resolution; and
- until the applicable Affiliated Organization receives a certified copy of any such subsequent document at its office and has had reasonable opportunity to act on it.

Any Organization Agreement/Resolution not marked as a substitution for previous one may be treated as an addition.

### Signatures

The person(s) signing below certify that:
- the above accurately reflects the powers and authorities given, and the agreement made, by this organization. It is, for organizations which act by resolution, a copy of a resolution duly adopted by the required directors, members or other governing body; these powers, authorities and agreement comply with this organization's constituent and ruling documents and its governing law, and have not been rescinded;
- the titles and functions this document designates are now held by the persons named above and their signatures are as appear above;
- this organization is duly organized, existing and in good standing in the specified place of organization, and has the power to enter into the listed transactions and agreements;
- the person(s) signing below are authorized to make this certification.

Date (Month/Day/Year) 09/11/14/12

Signature X _____   Signature verification  ncaba

Norma Caba
Assistant Vice President
CPB-LATAM
153 East 53rd Street - 18th Floor
New York, NY 10022
(212) 559-3508

Name and title  Rodrigo Lebois Mateos, President

Signature X _____   Signature verification  ncaba

Norma Caba
Assistant Vice President
CPB-LATAM
153 East 53rd Street - 18th Floor
New York, NY 10022
(212) 559-3508

Name and title  Almudena Lebois Ocejo, Secretary

### Organization Seal

☐ Organization does not have a seal    Affix seal here.

### For AAOM Use

Date Received __/__/____        AAOM Initials _____

Account Ref. _____

14

10000427610015