# EXHIBIT E

# CLOSING & DISBURSEMENT INSTRUCTIONS

004775925524

| | | | | |
|---|---|---|---|---|
| CLOSING AGENT: | Berry & Associates | | | |
| ADDRESS: | 660 White Plains Rd | | | |
| | First Floor | | | |
| | Tarrytown, NY  10591 | TODAY'S DATE: | 01/19/2018 | |
| | | CLOSING DATE: | January 22, 2018 | |
| CONTACT: | NY | FUNDING DATE: | January 24, 2018 | |
| PHONE NUMBER: | (914) 332-1500 | FIRST PAYMENT DATE: | March 1, 2018 | |
| FAX NUMBER: | (914) 332-1777 | LAST PAYMENT DATE: | February 1, 2048 | |
| | | | | |
| BORROWER NAME(S): | One57 36B LLC | HUD/VA/PMI CASE#: | | |
| | | PURPOSE: | Refinance | |
| | | PROPERTY TYPE: | Condominium | |
| VESTING: | | LOAN PROGRAM: | 7/1 Libor ARM w/10 yr I/O | |
| | ONE57 36B LLC | SALES PRICE: | $8,400,000.00 | |
| | | LOAN AMOUNT: | $5,220,000.00 | |
| | | INTEREST RATE / POINTS: | 3.250% / 0.000 | |
| | | TERM: | 360 months | |

**RECEIVED**

**JAN 2 6 2018**

PROPERTY ADDRESS: 157 W 57TH ST, 36B

NEW YORK, NY 10019-2205

SELLERS NAMES:

| | | | |
|---|---|---|---|
| | | PRINCIPAL AND INTEREST: | $14,137.50 |
| CLOSER NAME: | Victoria Mateus | TOTAL MONTHLY PAYMENT: | $14,137.50 |
| PHONE NUMBER: | (718) 248-9379 | PRINCIPAL AND INTEREST: | $14,137.50 |
| FAX NUMBER: | (866) 921-7232 | TOTAL MONTHLY PAYMENT: | $14,137.50 |
| | | PRIVATE BANK TEAM | |

| FEE DESCRIPTION: | TOTAL CHARGED: | BORROWER TO PAY: | SELLER TO PAY: | LENDER TO PAY: | THIRD PARTY TO PAY: | FEES P.O.C.: |
|---|---|---|---|---|---|---|
| *Appraisal | 1,750.00 | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *NCC - Credit Report - Lender | 10.66 | 0.00 | 0.00 | 10.66 | 0.00 | 0.00 |
| *Commitment Fee | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *NCC - Tax Service | 87.00 | 0.00 | 0.00 | 87.00 | 0.00 | 0.00 |
| *At Close Application Fee | 450.00 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *NCC - Lender Flood Certification | 3.25 | 0.00 | 0.00 | 3.25 | 0.00 | 0.00 |
| *Interim Interest 8 days at $464.79 per day | 3,718.32 | 3,718.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Escrow Service Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Settlement / Closing New York | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Title Pick-Up Fee | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Abstract/Prop Report | 310.00 | 310.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Lender's Title Insurance | 27,444.00 | 27,444.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Ins Endorsement | 177.00 | 177.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Ins Endorsement - 2 | 177.00 | 177.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Patriot Act Search | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Bankruptcy Search | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Title - Recording Svc Fee | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Rec - Assignment | 67.00 | 67.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Rec - Warr. Deed | 170.00 | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Rec - Mortgage | 600.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Rec - POA | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *NCC - Transfer Tax - NY Lender Mortgage Tax | 13,050.00 | 0.00 | 0.00 | 13,050.00 | 0.00 | 0.00 |
| *Tax - Borr Mtg | 100,746.00 | 100,746.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*Indicates fee is being Net Funded

# CLOSING & DISBURSEMENT INSTRUCTIONS

| ESCROWS DESCRIPTION: | TOTAL CHARGED: | BORROWER TO PAY: | SELLER TO PAY: | LENDER TO PAY: | THIRD PARTY TO PAY: | FEES P.O.C.: |
|---|---|---|---|---|---|---|
| *Hazard Ins Escr (monthly escrows waived) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Cnty Prop Tx Esc (monthly escrows waived) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*Indicates fee is being Net Funded

CONDITIONS TO BE SATISFIED AT CLOSING:
1. Paying Off: BAC Florida Bank #1425852041 i/a/o $5,002,098.
2. All borrowers and co-borrowers must sign and date enclosed Mortgage/HELOC Application Addendum prior to closing.
3. Closing agent to sign and return lender's closing instructions and addendum.
4. All documents contained in this closing package must be completed/executed where indicated and returned with the closing package.
5. Closing Agent must comply with requirements set forth in "Standard Closing Procedures of The Citi Private Bank".
6. The following documents related to the LLC are required: Stamped Articles of Organization or Certificate of Formation, Letter from the manager or managing member listing owners and % ownership of each, Good Standing Certificate, Current Operating agreement, Standard Resolution confirming signers, and Tax ID and W8 or W9 (for all borrowing entities), and photo ID of any individual who will sign for the LLC, all to be reviewed and accepted by an Underwriter.
7. Mortgage has been approved subject to guaranty of Rodrigo Lebois Mateos.
8. A copy of Closing Disclosure provided to borrower(s) and seller(s) with signed confirmation of receipt by all parties must be faxed to Victoria Mateus at (866) 921-7232 prior to disbursement for Citibank's approval to disburse the funds. Call Victoria Mateus at (718) 248-9379 to confirm bank's approval. PRIOR TO FUNDING.
9. The Principal and Interest payment as noted in your commitment letter reflects your choice of an Interest Only product.
10. All liens on the subject property are to be paid in full and released (any home equity or other lines of credit secured by the subject property must be terminated in addition to being paid off).
11. Your final loan amount will be the lower of $, or the sum of your currently outstanding principal balance and all closing costs related to your new mortgage.
12. Social Security Numbers and Dates of Birth must not appear on any loan documents to be recorded.
13. All taxes and assessments must be paid current at closing. Any taxes and/or assessments that are due within 60 days of funding must be paid at closing.