# EXHIBIT F

# CONSUMER LIMITED GUARANTY

| Date | Application Number | Loan Amount |
|---|---|---|
| January 22, 2018 | 004775925524 | $5,220,000.00 |

| Name of Borrower | Address |
|---|---|
| One57 36B LLC | Castillo De Chapultepec 115, Col Lomas Reforma<br>Ciudad De Mexico  MEX |

**Property Address**
157 W 57TH ST, 36B, NEW YORK, NY  10019-2205

| Name of Guarantor | Address |
|---|---|
| Rodrigo Lebois Mateos | Castillo De Chapultepec 115 Col Lomas Reforma<br>Ciudad De Mexico |

| Name of Guarantor | Address |
|---|---|
|  |  |

**In this Guaranty the words I, me, my and mine mean each person who signs it.  The words you, your and yours mean Citibank, N.A.**

**Obligations Guaranteed**
By signing this Limited Guaranty, I guarantee to you that the loan referenced above, made by you to the Borrower, will be paid when it is due, no matter what may happen. This means you can demand payment from me if the Borrower does not pay you what he owes you. This Guaranty covers credit you extend to the Borrower and obligations of the Borrower that you buy or accept. It covers the principal as well as the interest that the Borrower owes on any of these debts. It also covers any expense to you in collecting your debts from the Borrower. In this Guaranty, these debts and expenses are together called the "Obligations."

**Expenses of Enforcement**
I also agree to repay you for any expense you may have in collecting money from me under this Guaranty, including your reasonable attorney's fees.

**Events Not Affecting the Guaranty**
I agree that my liability under this Guaranty shall not be limited or cancelled because:
  1 Any Obligation cannot be enforced against the Borrower;
  2. You agree to changes in the terms of any Obligation, such as extending the time for repayment;
  3. You release or exchange any collateral the Borrower may have given you, or do not establish your security interest in the public records;
  4. A law, regulation or order of any public authority affects your rights under any of the Obligations, or
  5. Anything else happens which may affect your rights against the Borrower or any other guarantor.

**Notices and Demands**
You do not have to give me or the Borrower any specific advance notice that any Obligation has not been paid or that you wish me to make a payment under this Guaranty.

**Other Sources of Payment**
You may demand payment from me without first seeking payment from the Borrower or any other Guarantor, or first trying to make use of any collateral security.

**Delay in Enforcement**
You can delay enforcing any of your rights under the Obligations or this Guaranty without losing any of your rights to demand payment from me.

**More than one Guarantor**
If more than one person signs this Guaranty, each of them is fully liable for the total amount of the Guaranty.

**Heirs, Executors etc.**
This Guaranty will bind my heirs, executors and administrators.

# CONSUMER LIMITED GUARANTY (cont.)

**Waivers**
Both you and I waive the right to a trial by jury in any action, proceeding or counterclaim arising from or relating to this guaranty.

**Governing Law**
This Guaranty shall be governed by federal law.

Borrowers:

X _____
One57 36B LLC

Guarantors:

X _____
Rodrigo Lebois Mateos