# EXHIBIT G

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



## Summary of Accounts
Statement Period 01 Nov 2021 — 30 Nov 2021 | New York

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| | | LAST PERIOD | THIS PERIOD | |
|---|---|---|---|---|
| | | | | Page |
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Number |
| NY Current/Transaction Account | ███3775 | 13,168.02 | 15,618.02 | 4 |
| Total Bank Deposits | | **13,168.02** | **15,618.02** | |
| **TOTAL ASSETS** | | **13,168.02** | **15,618.02** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



## Statement of Accounts
Statement Period 01 Nov 2021 — 30 Nov 2021 | New York

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████3775 | Banking | 15,618.02 |
| **Total Cash and Short-Term Investments** | | **15,618.02** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 15,618.02 |
| **Total** | **100%** | | **15,618.02** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ███████3775

Statement Period 01 Nov 2021 — 30 Nov 2021 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **13,168.02** | **16,930.71** |
| CREDITS | | | |
| Deposits Made | 1 | 15,500.00 | 204,000.00 |
| DEBITS | | | |
| Total Overdraft Fees | | 0.00 | (31.98) |
| Other Withdrawals | 1 | (13,050.00) | (205,280.71) |
| Total Debits | | (13,050.00) | (205,312.69) |
| **Closing Balance** | | **15,618.02** | **15,618.02** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Nov 2021** | | **Opening Balance** | | | **13,168.02** |
| 01 Nov 2021 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 118.02 |
| 30 Nov 2021 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 15,500.00 | | 15,618.02 |
| **30 Nov 2021** | | **Closing Balance** | | | **15,618.02** |
| **Statement Total** | | | **15,500.00** | **(13,050.00)** | |

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank

# Statement of Accounts
Statement Period 01 Nov 2021 — 30 Nov 2021 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts**FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to our ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Nov 2021 — 30 Nov 2021 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

## NEW YORK

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank

## Summary of Accounts
Statement Period 01 Dec 2021 — 31 Dec 2021 | New York



### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

|  |  | LAST PERIOD | THIS PERIOD | Page |
|---|---|---|---|---|
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Number |
| NY Current/Transaction Account | ████3775 | 15,618.02 | 38,151.23 | 4 |
| Total Bank Deposits |  | **15,618.02** | **38,151.23** |  |
| **TOTAL ASSETS** |  | **15,618.02** | **38,151.23** |  |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



# Statement of Accounts
Statement Period 01 Dec 2021 — 31 Dec 2021 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 38,151.23 |
| **Total Cash and Short-Term Investments** | | **38,151.23** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 38,151.23 |
| **Total** | **100%** | | **38,151.23** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

# NY Current/Transaction Account — ▮▮▮▮3775

Statement Period 01 Dec 2021 — 31 Dec 2021 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 15,618.02 | 16,930.71 |
| CREDITS | | | |
| Deposits Made | 2 | 40,550.00 | 244,550.00 |
| DEBITS | | | |
| Total Overdraft Fees | | 0.00 | (31.98) |
| Other Withdrawals | 3 | (18,016.79) | (223,297.50) |
| Total Debits | | (18,016.79) | (223,329.48) |
| **Closing Balance** | | **38,151.23** | **38,151.23** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Dec 2021** | | **Opening Balance** | | | **15,618.02** |
| 01 Dec 2021 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 2,568.02 |
| 02 Dec 2021 | Cash Withdrawal | WITHDRAWAL | | (2,493.65) | 74.37 |
| 30 Dec 2021 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 15,550.00 | | 15,624.37 |
| 31 Dec 2021 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 25,000.00 | | |

*CONTINUED*

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank

NY Current/Transaction Account — ███████ **3775**

Statement Period 01 Dec 2021 — 31 Dec 2021 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

***ACTIVITY DETAIL*** *CONTINUED*

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|------|-----------------|-------------|---------|----------|---------------|
| 31 Dec 2021 | Cash Withdrawal | WITHDRAWAL | | (2,473.14) | 38,151.23 |
| **31 Dec 2021** | | **Closing Balance** | | | **38,151.23** |
| **Statement Total** | | | **40,550.00** | **(18,016.79)** | |

Private Bank

## Statement of Accounts
Statement Period 01 Dec 2021 — 31 Dec 2021 | New York



# NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts **FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions since capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Dec 2021 — 31 Dec 2021 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



# Summary of Accounts
Statement Period 01 Jan 2022 — 31 Jan 2022 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ▮3775 | 38,151.23 | 604.43 | 4 |
| Total Bank Deposits | | 38,151.23 | 604.43 | |
| | | | | |
| **TOTAL ASSETS** | | **38,151.23** | **604.43** | |

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

[1]  Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



# Statement of Accounts
Statement Period 01 Jan 2022 — 31 Jan 2022 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ▮▮▮▮3775 | Banking | 604.43 |
| **Total Cash and Short-Term Investments** | | **604.43** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 604.43 |
| **Total** | **100%** | | **604.43** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ▓▓▓▓3775
Statement Period 01 Jan 2022 — 31 Jan 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

|  | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** |  | 38,151.23 | 38,151.23 |
| DEBITS |  |  |  |
| Other Withdrawals | 2 | (37,546.80) | (37,546.80) |
| **Closing Balance** |  | **604.43** | **604.43** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Jan 2022** |  | **Opening Balance** |  |  | **38,151.23** |
| 03 Jan 2022 | Cash Withdrawal | WITHDRAWAL |  | (13,050.00) | 25,101.23 |
| 04 Jan 2022 | Cash Withdrawal | WITHDRAWAL |  | (24,496.80) | 604.43 |
| **31 Jan 2022** |  | **Closing Balance** |  |  | **604.43** |
| **Statement Total** |  |  |  | **(37,546.80)** |  |

Private Bank



# Statement of Accounts

Statement Period 01 Jan 2022 — 31 Jan 2022 | New York

## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts**FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved.**
**Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

## Statement of Accounts

Statement Period 01 Jan 2022 — 31 Jan 2022 | New York

**NOTES** *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

\*\*\* Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



## Summary of Accounts
Statement Period 01 Feb 2022 — 28 Feb 2022 | New York

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| | | LAST PERIOD | THIS PERIOD | |
| --- | --- | --- | --- | --- |
| | | | | Page |
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Number |
| NY Current/Transaction Account | ▇▇▇3775 | 604.43 | 16,069.94 | 4 |
| Total Bank Deposits | | **604.43** | **16,069.94** | |
| | | | | |
| **TOTAL ASSETS** | | **604.43** | **16,069.94** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

## Statement of Accounts

Statement Period 01 Feb 2022 — 28 Feb 2022 | New York



### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████3775 | Banking | 16,069.94 |
| **Total Cash and Short-Term Investments** | | **16,069.94** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 16,069.94 |
| **Total** | **100%** | | **16,069.94** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ███████ 3775
Statement Period 01 Feb 2022 — 28 Feb 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 604.43 | 38,151.23 |
| CREDITS | | | |
| Deposits Made | 2 | 31,000.00 | 31,000.00 |
| DEBITS | | | |
| Other Withdrawals | 2 | (15,534.49) | (53,081.29) |
| **Closing Balance** | | **16,069.94** | **16,069.94** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Feb 2022** | | **Opening Balance** | | | **604.43** |
| 01 Feb 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 15,000.00 | | |
| 01 Feb 2022 | Cash Withdrawal | WITHDRAWAL | | (2,484.49) | |
| 01 Feb 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 69.94 |
| 28 Feb 2022 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 16,000.00 | | 16,069.94 |
| **28 Feb 2022** | | **Closing Balance** | | | **16,069.94** |
| **Statement Total** | | | **31,000.00** | **(15,534.49)** | |

Private Bank

# Statement of Accounts

Statement Period 01 Feb 2022 — 28 Feb 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts**FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved.**
**Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

Private Bank

# Statement of Accounts
Statement Period 01 Feb 2022 — 28 Feb 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

\*\*\* Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank

# Summary of Accounts
Statement Period 01 Mar 2022 — 31 Mar 2022 | New York



## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| | | LAST PERIOD | THIS PERIOD | Page |
|---|---|---|---|---|
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Number |
| NY Current/Transaction Account | ████3775 | 16,069.94 | 15,803.43 | 5 |
| Total Bank Deposits | | **16,069.94** | **15,803.43** | |
| **TOTAL ASSETS** | | **16,069.94** | **15,803.43** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



# Statement of Accounts
Statement Period 01 Mar 2022 — 31 Mar 2022 | New York

## STATEMENT OVERVIEW

---

**MESSAGES**

Citi Private Bank or its personnel shall consider the Trusted Contact person that you designate as someone we can contact in connection with all of your currently open CPB accounts (which are listed on the attached pages(s)) and accounts you may open with us in the future in the event of potential exploitation.

To review and/or update the current Trusted Contact information on file, please contact your Private Banking team.

Private Bank

# Statement of Accounts
Statement Period 01 Mar 2022 — 31 Mar 2022 | New York



## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████3775 | Banking | 15,803.43 |
| **Total Cash and Short-Term Investments** | | **15,803.43** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 15,803.43 |
| **Total** | **100%** | | **15,803.43** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ▮▮▮▮3775

Statement Period 01 Mar 2022 — 31 Mar 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **16,069.94** | **38,151.23** |
| CREDITS | | | |
| Deposits Made | 1 | 15,300.00 | 46,300.00 |
| DEBITS | | | |
| Other Withdrawals | 2 | (15,566.51) | (68,647.80) |
| **Closing Balance** | | **15,803.43** | **15,803.43** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Mar 2022** | | **Opening Balance** | | | **16,069.94** |
| 01 Mar 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 3,019.94 |
| 02 Mar 2022 | Cash Withdrawal | WITHDRAWAL | | (2,516.51) | 503.43 |
| 31 Mar 2022 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 15,300.00 | | 15,803.43 |
| **31 Mar 2022** | | **Closing Balance** | | | **15,803.43** |
| **Statement Total** | | | **15,300.00** | **(15,566.51)** | |

Private Bank

## Statement of Accounts

Statement Period 01 Mar 2022 — 31 Mar 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts**FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions since contributions to outside commitments) and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts
Statement Period 01 Mar 2022 — 31 Mar 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates.  This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE:** Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank

# Summary of Accounts
Statement Period 01 Apr 2022 — 30 Apr 2022 | New York



## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ███3775 | 15,803.43 | 187.55 | 4 |
| Total Bank Deposits | | **15,803.43** | **187.55** | |
| **TOTAL ASSETS** | | **15,803.43** | **187.55** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

## Statement of Accounts
Statement Period 01 Apr 2022 — 30 Apr 2022 | New York



### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ▇▇▇3775 | Banking | 187.55 |
| **Total Cash and Short-Term Investments** | | **187.55** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 187.55 |
| **Total** | **100%** | | **187.55** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

# NY Current/Transaction Account — ▮▮▮▮3775

Statement Period 01 Apr 2022 — 30 Apr 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

|  | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 15,803.43 | 38,151.23 |
| CREDITS | | | |
| Deposits Made | | 0.00 | 46,300.00 |
| DEBITS | | | |
| Other Withdrawals | 2 | (15,615.88) | (84,263.68) |
| **Closing Balance** | | **187.55** | **187.55** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Apr 2022** | | **Opening Balance** | | | **15,803.43** |
| 01 Apr 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | |
| 01 Apr 2022 | Cash Withdrawal | WITHDRAWAL | | (2,565.88) | 187.55 |
| **30 Apr 2022** | | **Closing Balance** | | | **187.55** |
| **Statement Total** | | | | **(15,615.88)** | |

Private Bank

## Statement of Accounts
Statement Period 01 Apr 2022 — 30 Apr 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts **FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Apr 2022 — 30 Apr 2022 | New York

**citi**®

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates.  This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



## Summary of Accounts
Statement Period 01 May 2022 — 31 May 2022 | New York

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ███3775 | 187.55 | 136.90 | 4 |
| Total Bank Deposits | | **187.55** | **136.90** | |
| | | | | |
| **TOTAL ASSETS** | | **187.55** | **136.90** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

# Statement of Accounts
Statement Period 01 May 2022 — 31 May 2022 | New York



## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ■■■■3775 | Banking | 136.90 |
| **Total Cash and Short-Term Investments** | | **136.90** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 136.90 |
| **Total** | **100%** | | **136.90** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ███ 3775

Statement Period 01 May 2022 — 31 May 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 187.55 | 38,151.23 |
| CREDITS | | | |
| Deposits Made | 2 | 15,500.00 | 61,800.00 |
| DEBITS | | | |
| Other Withdrawals | 2 | (15,550.65) | (99,814.33) |
| **Closing Balance** | | **136.90** | **136.90** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 May 2022** | | **Opening Balance** | | | **187.55** |
| 02 May 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | (12,862.45) |
| 03 May 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 1,550.00 | | (11,312.45) |
| 04 May 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 13,950.00 | | 2,637.55 |
| 13 May 2022 | Cash Withdrawal | WITHDRAWAL | | (2,500.65) | 136.90 |
| **31 May 2022** | | **Closing Balance** | | | **136.90** |
| **Statement Total** | | | **15,500.00** | **(15,550.65)** | |

Private Bank

# Statement of Accounts
Statement Period 01 May 2022 — 31 May 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts **FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR OUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

## Statement of Accounts
Statement Period 01 May 2022 — 31 May 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank

# Summary of Accounts
Statement Period 01 Jun 2022 — 30 Jun 2022 | New York



## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

|  |  | LAST PERIOD | THIS PERIOD | |
| --- | --- | --- | --- | --- |
|  |  |  |  | Page |
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Number |
| NY Current/Transaction Account | ▬3775 | 136.90 | (310.16) | 4 |
| Total Bank Deposits |  | **136.90** | **(310.16)** | |
| **TOTAL ASSETS** |  | **136.90** | **(310.16)** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



## Statement of Accounts
Statement Period 01 Jun 2022 — 30 Jun 2022 | New York

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ▮▮▮▮3775 | Banking | (310.16) |
| **Total Cash and Short-Term Investments** | | **(310.16)** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | (310.16) |
| **Total** | **100%** | | **(310.16)** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ▮▮▮▮3775

Statement Period 01 Jun 2022 — 30 Jun 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 136.90 | 38,151.23 |
| CREDITS | | | |
| Deposits Made | 1 | 15,500.00 | 77,300.00 |
| DEBITS | | | |
| Other Withdrawals | 4 | (15,947.06) | (115,761.39) |
| **Closing Balance** | | **(310.16)** | **(310.16)** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Jun 2022** | | **Opening Balance** | | | **136.90** |
| 01 Jun 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | (12,913.10) |
| 14 Jun 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 15,500.00 | | 2,586.90 |
| 16 Jun 2022 | Cash Withdrawal | WITHDRAWAL | | (11.90) | |
| 16 Jun 2022 | Cash Withdrawal | WITHDRAWAL | | (125.00) | 2,450.00 |
| 17 Jun 2022 | Cash Withdrawal | WITHDRAWAL | | (2,760.16) | (310.16) |
| **30 Jun 2022** | | **Closing Balance** | | | **(310.16)** |
| **Statement Total** | | | 15,500.00 | (15,947.06) | |

Private Bank

# Statement of Accounts
Statement Period 01 Jun 2022 — 30 Jun 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts**FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Jun 2022 — 30 Jun 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank

# Summary of Accounts
Statement Period 01 Jul 2022 — 31 Jul 2022 | New York



## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ▮▮▮▮3775 | (310.16) | 495.84 | 4 |
| Total Bank Deposits | | **(310.16)** | **495.84** | |
| | | | | |
| **TOTAL ASSETS** | | **(310.16)** | **495.84** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

Private Bank

## Statement of Accounts
Statement Period 01 Jul 2022 — 31 Jul 2022 | New York

**CITI**®

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███████3775 | Banking | 495.84 |
| **Total Cash and Short-Term Investments** | | **495.84** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 495.84 |
| **Total** | **100%** | | **495.84** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



## NY Current/Transaction Account — ▆▆▆▆3775
Statement Period 01 Jul 2022 — 31 Jul 2022 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | (310.16) | 38,151.23 |
| CREDITS | | | |
| Deposits Made | 1 | 42,000.00 | 119,300.00 |
| DEBITS | | | |
| Total Overdraft Fees | 1 | (74.39) | (74.39) |
| Other Withdrawals | 3 | (41,119.61) | (156,881.00) |
| Total Debits | | (41,194.00) | (156,955.39) |
| **Closing Balance** | | **495.84** | **495.84** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Jul 2022** | | **Opening Balance** | | | **(310.16)** |
| 01 Jul 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 42,000.00 | | |
| 01 Jul 2022 | Cash Withdrawal | OVERDRAFT INTEREST CHARGE | | (74.39) | |
| 01 Jul 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 28,565.45 |
| 05 Jul 2022 | Cash Withdrawal | WITHDRAWAL | | (25,292.56) | 3,272.89 |
| 12 Jul 2022 | Cash Withdrawal | WITHDRAWAL | | (2,777.05) | 495.84 |

*CONTINUED*

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank

NY Current/Transaction Account — ████ 3775

Statement Period 01 Jul 2022 — 31 Jul 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

***ACTIVITY DETAIL***  *CONTINUED*

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|------|------------------|-------------|---------|----------|---------------|
| **31 Jul 2022** | | **Closing Balance** | | | **495.84** |
| Statement Total | | | 42,000.00 | (41,194.00) | |

### OVERDRAFT INTEREST

| Date Overdrawn | Amount | Interest Rate | Number of Days | Interest Charged |
|----------------|--------|---------------|----------------|------------------|
| 01 Jun 2022 | 12,923.55 | 16.0000% | 5 | 27.91 |
| 06 Jun 2022 | 12,913.10 | 16.0000% | 8 | 44.64 |
| 17 Jun 2022 | 310.16 | 16.0000% | 14 | 1.84 |
| **Total Interest Charged** | | | | **74.39** |

Private Bank

# Statement of Accounts

Statement Period 01 Jul 2022 — 31 Jul 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts**FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

CONTINUED

Private Bank

# Statement of Accounts

Statement Period 01 Jul 2022 — 31 Jul 2022 | New York

citi®

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



## Summary of Accounts
Statement Period 01 Aug 2022 — 31 Aug 2022 | New York

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ▬3775 | 495.84 | 5.88 | 4 |
| Total Bank Deposits | | **495.84** | **5.88** | |

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| **TOTAL ASSETS** | | **495.84** | **5.88** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

# Statement of Accounts
Statement Period 01 Aug 2022 — 31 Aug 2022 | New York



## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 5.88 |
| **Total Cash and Short-Term Investments** | | **5.88** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 5.88 |
| **Total** | **100%** | | **5.88** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ▇▇▇▇3775

Statement Period 01 Aug 2022 — 31 Aug 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **495.84** | **38,151.23** |
| CREDITS | | | |
| Deposits Made | 1 | 15,200.00 | 134,500.00 |
| DEBITS | | | |
| Total Overdraft Fees | | 0.00 | (74.39) |
| Other Withdrawals | 2 | (15,689.96) | (172,570.96) |
| Total Debits | | (15,689.96) | (172,645.35) |
| **Closing Balance** | | **5.88** | **5.88** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Aug 2022** | | **Opening Balance** | | | **495.84** |
| 01 Aug 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | (12,554.16) |
| 02 Aug 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 15,200.00 | | 2,645.84 |
| 03 Aug 2022 | Cash Withdrawal | WITHDRAWAL | | (2,639.96) | 5.88 |
| **31 Aug 2022** | | **Closing Balance** | | | **5.88** |
| **Statement Total** | | | **15,200.00** | **(15,689.96)** | |

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank

# Statement of Accounts

Statement Period 01 Aug 2022 — 31 Aug 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts **FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved.**
**Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**

Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions since capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

**ONE57 36B LLC**

Private Bank



# Statement of Accounts
Statement Period 01 Aug 2022 — 31 Aug 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank



# Summary of Accounts
Statement Period 01 Sep 2022 — 30 Sep 2022 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

|  |  | LAST PERIOD | THIS PERIOD | Page Number |
|---|---|---|---|---|
| Bank Deposits [1] | Account Number | Balance USD | Balance USD |  |
| NY Current/Transaction Account | ▮▮▮3775 | 5.88 | 315.67 | 4 |
| **Total Bank Deposits** |  | **5.88** | **315.67** |  |
| **TOTAL ASSETS** |  | **5.88** | **315.67** |  |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



## Statement of Accounts
Statement Period 01 Sep 2022 — 30 Sep 2022 | New York

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 315.67 |
| **Total Cash and Short-Term Investments** | | **315.67** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 315.67 |
| **Total** | **100%** | | **315.67** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



## NY Current/Transaction Account — ████ 3775
Statement Period 01 Sep 2022 — 30 Sep 2022 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| Opening Balance | | 5.88 | 38,151.23 |
| CREDITS | | | |
| Deposits Made | 1 | 16,000.00 | 150,500.00 |
| DEBITS | | | |
| Total Overdraft Fees | | 0.00 | (74.39) |
| Other Withdrawals | 3 | (15,690.21) | (188,261.17) |
| Total Debits | | (15,690.21) | (188,335.56) |
| Closing Balance | | 315.67 | 315.67 |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| 01 Sep 2022 | | Opening Balance | | | 5.88 |
| 01 Sep 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 16,000.00 | | 16,005.88 |
| 02 Sep 2022 | Cash Withdrawal | WITHDRAWAL | | (5.42) | |
| 02 Sep 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 2,950.46 |
| 08 Sep 2022 | Cash Withdrawal | WITHDRAWAL | | (2,634.79) | 315.67 |
| 30 Sep 2022 | | Closing Balance | | | 315.67 |
| Statement Total | | | 16,000.00 | (15,690.21) | |

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank



# NY Current/Transaction Account — ████ 3775

Statement Period 01 Sep 2022 — 30 Sep 2022 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

**❚ OVERDRAFT INTEREST**

| Date Overdrawn | Amount | Interest Rate | Number of Days | Interest Charged |
|---|---|---|---|---|
| 01 Aug 2022 | 12,554.16 | 16.0000% | 1 | 5.42 |
| **Total Interest Charged** | | | | **5.42** |

Private Bank

# Statement of Accounts

Statement Period 01 Sep 2022 — 30 Sep 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to New York Time Deposits and New York Cash Reserve Accounts.**FDIC:** ONLY New York Time Deposits, New York Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** New York Time Deposits and New York Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**

Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**

We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**

Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions since commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Sep 2022 — 30 Sep 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

\*\*\* Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank

# Summary of Accounts
Statement Period 01 Oct 2022 — 31 Oct 2022 | New York



## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ███3775 | 315.67 | 15,818.42 | 4 |
| Total Bank Deposits | | **315.67** | **15,818.42** | |
| | | | | |
| **TOTAL ASSETS** | | **315.67** | **15,818.42** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

## Statement of Accounts
Statement Period 01 Oct 2022 — 31 Oct 2022 | New York



### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████3775 | Banking | 15,818.42 |
| **Total Cash and Short-Term Investments** | | **15,818.42** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 15,818.42 |
| **Total** | **100%** | | **15,818.42** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

# NY Current/Transaction Account — ████ 3775

Statement Period 01 Oct 2022 — 31 Oct 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 315.67 | 38,151.23 |
| CREDITS | | | |
| Deposits Made | 2 | 31,205.00 | 181,705.00 |
| DEBITS | | | |
| Total Overdraft Fees | | 0.00 | (74.39) |
| Other Withdrawals | 2 | (15,702.25) | (203,963.42) |
| Total Debits | | (15,702.25) | (204,037.81) |
| **Closing Balance** | | **15,818.42** | **15,818.42** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Oct 2022** | | **Opening Balance** | | | **315.67** |
| 03 Oct 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 15,705.00 | | 16,020.67 |
| 04 Oct 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 2,970.67 |
| 05 Oct 2022 | Cash Withdrawal | WITHDRAWAL | | (2,652.25) | 318.42 |
| 31 Oct 2022 | Cash Deposit | INCOMING FUNDS TRANSFER ARALPA CAPITAL SA DE CV | 15,500.00 | | 15,818.42 |
| **31 Oct 2022** | | **Closing Balance** | | | **15,818.42** |
| **Statement Total** | | | **31,205.00** | **(15,702.25)** | |

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank

# Statement of Accounts

Statement Period 01 Oct 2022 — 31 Oct 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.
**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts
Statement Period 01 Oct 2022 — 31 Oct 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank

## Summary of Accounts
Statement Period 01 Nov 2022 — 30 Nov 2022 | New York



### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | 3775 | 15,818.42 | 9.48 | 4 |
| Total Bank Deposits | | **15,818.42** | **9.48** | |
| **TOTAL ASSETS** | | **15,818.42** | **9.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

# Statement of Accounts
Statement Period 01 Nov 2022 — 30 Nov 2022 | New York



## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ██████3775 | Banking | 9.48 |
| **Total Cash and Short-Term Investments** | | **9.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 9.48 |
| **Total** | **100%** | | **9.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ███ 3775

Statement Period 01 Nov 2022 — 30 Nov 2022 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 15,818.42 | 38,151.23 |
| CREDITS | | | |
| Deposits Made | | 0.00 | 181,705.00 |
| DEBITS | | | |
| Total Overdraft Fees | | 0.00 | (74.39) |
| Other Withdrawals | 2 | (15,808.94) | (219,772.36) |
| Total Debits | | (15,808.94) | (219,846.75) |
| **Closing Balance** | | 9.48 | 9.48 |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Nov 2022** | | **Opening Balance** | | | 15,818.42 |
| 02 Nov 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | |
| 02 Nov 2022 | Cash Withdrawal | WITHDRAWAL | | (2,758.94) | 9.48 |
| **30 Nov 2022** | | **Closing Balance** | | | 9.48 |
| **Statement Total** | | | | (15,808.94) | |

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank

# Statement of Accounts

Statement Period 01 Nov 2022 — 30 Nov 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts**FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved.**
**Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.
**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Nov 2022 — 30 Nov 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

\*\*\* Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank

## Summary of Accounts
Statement Period 01 Dec 2022 — 31 Dec 2022 | New York



### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ███3775 | 9.48 | 2,559.48 | 5 |
| Total Bank Deposits | | **9.48** | **2,559.48** | |
| **TOTAL ASSETS** | | **9.48** | **2,559.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

# Statement of Accounts
Statement Period 01 Dec 2022 — 31 Dec 2022 | New York

## STATEMENT OVERVIEW

**MESSAGES**

Citi Private Bank or its personnel shall consider the
Trusted Contact person that you designate as
someone we can contact if there is a concern
regarding activity (such as potential financial
exploitation) in connection with all of your currently
open CPB accounts and accounts you may open
with us in the future. To review and/or update the
current Trusted Contact information on file, please
contact your Private Banking team.

Private Bank

## Statement of Accounts
Statement Period 01 Dec 2022 — 31 Dec 2022 | New York



### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 2,559.48 |
| **Total Cash and Short-Term Investments** | | **2,559.48** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 2,559.48 |
| **Total** | **100%** | | **2,559.48** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



## NY Current/Transaction Account — ████3775

Statement Period 01 Dec 2022 — 31 Dec 2022 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **9.48** | **38,151.23** |
| CREDITS | | | |
| Deposits Made | 1 | 15,600.00 | 197,305.00 |
| DEBITS | | | |
| Total Overdraft Fees | | 0.00 | (74.39) |
| Other Withdrawals | 1 | (13,050.00) | (232,822.36) |
| Total Debits | | (13,050.00) | (232,896.75) |
| **Closing Balance** | | **2,559.48** | **2,559.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Dec 2022** | | **Opening Balance** | | | **9.48** |
| 01 Dec 2022 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 15,600.00 | | 15,609.48 |
| 02 Dec 2022 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 2,559.48 |
| **31 Dec 2022** | | **Closing Balance** | | | **2,559.48** |
| **Statement Total** | | | **15,600.00** | **(13,050.00)** | |

Total Overdraft Fees are derived from Overdraft Interest charges, which are detailed within the Overdraft Interest section of this statement. In the event that the total amount of Overdraft Interest for the statement period is less than $5.00 USD, no Overdraft Interest will be charged to your account.

Private Bank

# Statement of Accounts

Statement Period 01 Dec 2022 — 31 Dec 2022 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts**FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Dec 2022 — 31 Dec 2022 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



# Summary of Accounts
Statement Period 01 Jan 2023 — 31 Jan 2023 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ████3775 | 2,559.48 | 2,609.48 | 4 |
| Total Bank Deposits | | 2,559.48 | 2,609.48 | |
| | | | | |
| **TOTAL ASSETS** | | **2,559.48** | **2,609.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

Private Bank



# Statement of Accounts
Statement Period 01 Jan 2023 — 31 Jan 2023 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████3775 | Banking | 2,609.48 |
| **Total Cash and Short-Term Investments** | | **2,609.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 2,609.48 |
| **Total** | **100%** | | **2,609.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ▉▉▉▉3775
Statement Period 01 Jan 2023 — 31 Jan 2023 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **2,559.48** | **2,559.48** |
| CREDITS | | | |
| Deposits Made | 1 | 13,100.00 | 13,100.00 |
| DEBITS | | | |
| Other Withdrawals | 1 | (13,050.00) | (13,050.00) |
| **Closing Balance** | | **2,609.48** | **2,609.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Jan 2023** | | **Opening Balance** | | | **2,559.48** |
| 03 Jan 2023 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 13,100.00 | | 15,659.48 |
| 04 Jan 2023 | Cash Withdrawal | WITHDRAWAL | | (13,050.00) | 2,609.48 |
| **31 Jan 2023** | | **Closing Balance** | | | **2,609.48** |
| **Statement Total** | | | **13,100.00** | **(13,050.00)** | |

Private Bank

# Statement of Accounts

Statement Period 01 Jan 2023 — 31 Jan 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

## Statement of Accounts
Statement Period 01 Jan 2023 — 31 Jan 2023 | New York

citi®

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



## Summary of Accounts
Statement Period 01 Feb 2023 — 28 Feb 2023 | New York

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| | | LAST PERIOD | THIS PERIOD | |
|---|---|---|---|---|
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Page Number |
| NY Current/Transaction Account | ▮▮▮▮3775 | 2,609.48 | 13,054.48 | 4 |
| Total Bank Deposits | | **2,609.48** | **13,054.48** | |
| | | | | |
| **TOTAL ASSETS** | | **2,609.48** | **13,054.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank

## Statement of Accounts
Statement Period 01 Feb 2023 — 28 Feb 2023 | New York



### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 13,054.48 |
| **Total Cash and Short-Term Investments** | | **13,054.48** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 13,054.48 |
| **Total** | **100%** | | **13,054.48** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ▮▮▮▮3775
Statement Period 01 Feb 2023 — 28 Feb 2023 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **2,609.48** | **2,559.48** |
| CREDITS | | | |
| Deposits Made | 1 | 10,445.00 | 23,545.00 |
| DEBITS | | | |
| Other Withdrawals | | 0.00 | (13,050.00) |
| **Closing Balance** | | **13,054.48** | **13,054.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Feb 2023** | | **Opening Balance** | | | **2,609.48** |
| 02 Feb 2023 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 10,445.00 | | 13,054.48 |
| **28 Feb 2023** | | **Closing Balance** | | | **13,054.48** |
| **Statement Total** | | | **10,445.00** | | |

Private Bank

# Statement of Accounts
Statement Period 01 Feb 2023 — 28 Feb 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts**FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Feb 2023 — 28 Feb 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

## NEW YORK

ONE57 36B LLC

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank



## Summary of Accounts
Statement Period 01 Mar 2023 — 31 Mar 2023 | New York

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ████3775 | 13,054.48 | 13,054.48 | 4 |
| Total Bank Deposits | | **13,054.48** | **13,054.48** | |
| **TOTAL ASSETS** | | **13,054.48** | **13,054.48** | |

[1]  Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

Private Bank



## Statement of Accounts
Statement Period 01 Mar 2023 — 31 Mar 2023 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███████3775 | Banking | 13,054.48 |
| **Total Cash and Short-Term Investments** | | **13,054.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 13,054.48 |
| **Total** | **100%** | | **13,054.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ████ 3775

Statement Period 01 Mar 2023 — 31 Mar 2023 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 13,054.48 | 2,559.48 |
| CREDITS | | | |
| Deposits Made | | 0.00 | 23,545.00 |
| DEBITS | | | |
| Other Withdrawals | | 0.00 | (13,050.00) |
| **Closing Balance** | | 13,054.48 | 13,054.48 |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Mar 2023** | | Opening Balance | | | 13,054.48 |
| **31 Mar 2023** | | Closing Balance | | | 13,054.48 |

Private Bank



## Statement of Accounts
Statement Period 01 Mar 2023 — 31 Mar 2023 | New York

# NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts**FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved.**
**Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.
**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

# Statement of Accounts

Statement Period 01 Mar 2023 — 31 Mar 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

\*\*\* Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank



# Summary of Accounts
Statement Period 01 Apr 2023 — 30 Apr 2023 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD<br>Balance USD | THIS PERIOD<br>Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ████3775 | 13,054.48 | 39,154.48 | 4 |
| Total Bank Deposits | | **13,054.48** | **39,154.48** | |
| | | | | |
| **TOTAL ASSETS** | | **13,054.48** | **39,154.48** | |

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



# Statement of Accounts
Statement Period 01 Apr 2023 — 30 Apr 2023 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ▓▓▓3775 | Banking | 39,154.48 |
| **Total Cash and Short-Term Investments** | | **39,154.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 39,154.48 |
| **Total** | **100%** | | **39,154.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

## NY Current/Transaction Account — ▓▓▓▓3775

Statement Period 01 Apr 2023 — 30 Apr 2023 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **13,054.48** | **2,559.48** |
| CREDITS | | | |
| Deposits Made | 1 | 26,100.00 | 49,645.00 |
| DEBITS | | | |
| Other Withdrawals | | 0.00 | (13,050.00) |
| **Closing Balance** | | **39,154.48** | **39,154.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Apr 2023** | | **Opening Balance** | | | **13,054.48** |
| 19 Apr 2023 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 26,100.00 | | 39,154.48 |
| **30 Apr 2023** | | **Closing Balance** | | | **39,154.48** |
| **Statement Total** | | | **26,100.00** | | |

Private Bank

# Statement of Accounts

Statement Period 01 Apr 2023 — 30 Apr 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.
**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Apr 2023 — 30 Apr 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates.  This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

## NEW YORK

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



# Summary of Accounts
Statement Period 01 May 2023 — 31 May 2023 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ███3775 | 39,154.48 | 30,004.48 | 5 |
| Total Bank Deposits | | **39,154.48** | **30,004.48** | |
| **TOTAL ASSETS** | | **39,154.48** | **30,004.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

Private Bank

# Statement of Accounts

Statement Period 01 May 2023 — 31 May 2023 | New York

## STATEMENT OVERVIEW

**MESSAGES**

Important Information: If you have a loan with
Citibank, N.A. and received an amended and
restated promissory note transitioning your
promissory note from LIBOR to a SOFR-based rate
(the "Note"), please be advised that we have
identified a clerical error where the Note may have
referenced an incorrect date in its second
paragraph. The Note stated that such date was the
execution date of the Original Note (as defined in the
Note), but such date may have reflected the date of
the initial Advance (as defined in the Note) of the
Original Note. If so, you should read the Note as
such. If you have any questions regarding this
matter, please contact your Private Banker.

Private Bank



# Statement of Accounts
Statement Period 01 May 2023 — 31 May 2023 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 30,004.48 |
| **Total Cash and Short-Term Investments** | | **30,004.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 30,004.48 |
| **Total** | **100%** | | **30,004.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

**NY Current/Transaction Account —** ■■■■■**3775**

Statement Period 01 May 2023 — 31 May 2023 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

|  | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** |  | **39,154.48** | **2,559.48** |
| CREDITS |  |  |  |
| Deposits Made | 1 | 30,000.00 | 79,645.00 |
| DEBITS |  |  |  |
| Other Withdrawals | 1 | (39,150.00) | (52,200.00) |
| **Closing Balance** |  | **30,004.48** | **30,004.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 May 2023** |  | **Opening Balance** |  |  | **39,154.48** |
| 05 May 2023 | Cash Withdrawal | OUTGOING FUNDS TRANSFER CENLAR FSB |  | (39,150.00) | 4.48 |
| 26 May 2023 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 30,000.00 |  | 30,004.48 |
| **31 May 2023** |  | **Closing Balance** |  |  | **30,004.48** |
| **Statement Total** |  |  | **30,000.00** | **(39,150.00)** |  |

Private Bank

# Statement of Accounts

Statement Period 01 May 2023 — 31 May 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.
© 2020 Citigroup Inc. All Rights Reserved.
Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank



# Statement of Accounts

Statement Period 01 May 2023 — 31 May 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

\*\*\* Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates.  This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

**INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.**

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



# Summary of Accounts

Statement Period 01 Jun 2023 — 30 Jun 2023 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ▮▮▮3775 | 30,004.48 | 3,904.48 | 4 |
| Total Bank Deposits | | **30,004.48** | **3,904.48** | |
| **TOTAL ASSETS** | | **30,004.48** | **3,904.48** | |

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



## Statement of Accounts
Statement Period 01 Jun 2023 — 30 Jun 2023 | New York

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████ 3775 | Banking | 3,904.48 |
| **Total Cash and Short-Term Investments** | | **3,904.48** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 3,904.48 |
| **Total** | **100%** | | **3,904.48** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



# NY Current/Transaction Account — ▇▇▇▇3775

Statement Period 01 Jun 2023 — 30 Jun 2023 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 30,004.48 | 2,559.48 |
| CREDITS | | | |
| Deposits Made | | 0.00 | 79,645.00 |
| DEBITS | | | |
| Other Withdrawals | 1 | (26,100.00) | (78,300.00) |
| **Closing Balance** | | **3,904.48** | **3,904.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Jun 2023** | | **Opening Balance** | | | **30,004.48** |
| 15 Jun 2023 | Cash Withdrawal | OUTGOING FUNDS TRANSFER CENLAR FSB | | (26,100.00) | 3,904.48 |
| **30 Jun 2023** | | **Closing Balance** | | | **3,904.48** |
| **Statement Total** | | | | **(26,100.00)** | |

Private Bank

# Statement of Accounts
Statement Period 01 Jun 2023 — 30 Jun 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved.**
**Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

**ONE57 36B LLC**

Private Bank

# Statement of Accounts

Statement Period 01 Jun 2023 — 30 Jun 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates.  This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



# Summary of Accounts
Statement Period 01 Jul 2023 — 31 Jul 2023 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ████3775 | 3,904.48 | 54.48 | 5 |
| Total Bank Deposits | | 3,904.48 | 54.48 | |
| | | | | |
| **TOTAL ASSETS** | | **3,904.48** | **54.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

Private Bank

# Statement of Accounts
Statement Period 01 Jul 2023 — 31 Jul 2023 | New York

## STATEMENT OVERVIEW

**MESSAGES**

**NOTICE FOR EXISTING CITI GLOBAL WEALTH AT WORK CLIENTS**
Citi Global Wealth at Work clients receive communications from Citi Global Wealth at Work and Citi Private Bank. The material terms of any agreement, product, service, disclosure, or other material we provide remain accurate regardless of the branding used, as do the names of the Citigroup Inc, affiliated entities providing access to Citi Global Wealth at Work products and services.

Private Bank

# Statement of Accounts
Statement Period 01 Jul 2023 — 31 Jul 2023 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████3775 | Banking | 54.48 |
| **Total Cash and Short-Term Investments** | | **54.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 54.48 |
| **Total** | **100%** | | **54.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



# NY Current/Transaction Account — ███████3775

Statement Period 01 Jul 2023 — 31 Jul 2023 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **3,904.48** | **2,559.48** |
| CREDITS | | | |
| Deposits Made | 1 | 9,200.00 | 88,845.00 |
| DEBITS | | | |
| Other Withdrawals | 1 | (13,050.00) | (91,350.00) |
| **Closing Balance** | | **54.48** | **54.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Jul 2023** | | **Opening Balance** | | | **3,904.48** |
| 03 Jul 2023 | Cash Deposit | INCOMING FUNDS TRANSFER VECTOR CASA DE BOLSA SA DE CV | 9,200.00 | | 13,104.48 |
| 28 Jul 2023 | Cash Withdrawal | OUTGOING FUNDS TRANSFER CENLAR FSB | | (13,050.00) | 54.48 |
| **31 Jul 2023** | | **Closing Balance** | | | **54.48** |
| **Statement Total** | | | **9,200.00** | **(13,050.00)** | |

Private Bank

## Statement of Accounts

Statement Period 01 Jul 2023 — 31 Jul 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).

One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**

You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank



# Statement of Accounts

Statement Period 01 Jul 2023 — 31 Jul 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



# Summary of Accounts
Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ███3775 | 54.48 | 4.48 | 4 |
| Total Bank Deposits | | **54.48** | **4.48** | |
| | | | | |
| **TOTAL ASSETS** | | **54.48** | **4.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

Private Bank



## Statement of Accounts
Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 4.48 |
| **Total Cash and Short-Term Investments** | | **4.48** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 4.48 |
| **Total** | **100%** | | **4.48** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



## NY Current/Transaction Account — ▮▮▮▮3775

Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 54.48 | 2,559.48 |
| CREDITS | | | |
| Deposits Made | 1 | 13,000.00 | 101,845.00 |
| DEBITS | | | |
| Other Withdrawals | 1 | (13,050.00) | (104,400.00) |
| **Closing Balance** | | 4.48 | 4.48 |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Aug 2023** | | **Opening Balance** | | | **54.48** |
| 01 Aug 2023 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 13,000.00 | | 13,054.48 |
| 08 Aug 2023 | Cash Withdrawal | OUTGOING FUNDS TRANSFER CENLAR FSB | | (13,050.00) | 4.48 |
| **31 Aug 2023** | | **Closing Balance** | | | **4.48** |
| **Statement Total** | | | **13,000.00** | **(13,050.00)** | |

Private Bank

# Statement of Accounts

Statement Period 01 Aug 2023 — 31 Aug 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved.**
**Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

Unlike LIBOR, the relevant Fallback Rate is not known in advance and will be reset with calculations based on in-arrears convention. Please contact your banker for confirmation of rate.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



# Summary of Accounts

Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

| Bank Deposits [1] | Account Number | LAST PERIOD Balance USD | THIS PERIOD Balance USD | Page Number |
|---|---|---|---|---|
| NY Current/Transaction Account | ████3775 | 54.48 | 4.48 | 4 |
| Total Bank Deposits | | **54.48** | **4.48** | |
| **TOTAL ASSETS** | | **54.48** | **4.48** | |

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



# Statement of Accounts
Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ███3775 | Banking | 4.48 |
| **Total Cash and Short-Term Investments** | | **4.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 4.48 |
| **Total** | **100%** | | **4.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



## NY Current/Transaction Account — ▌▌▌▌3775

Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | 54.48 | 2,559.48 |
| CREDITS | | | |
| Deposits Made | 1 | 13,000.00 | 101,845.00 |
| DEBITS | | | |
| Other Withdrawals | 1 | (13,050.00) | (104,400.00) |
| **Closing Balance** | | 4.48 | 4.48 |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Aug 2023** | | **Opening Balance** | | | **54.48** |
| 01 Aug 2023 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 13,000.00 | | 13,054.48 |
| 08 Aug 2023 | Cash Withdrawal | OUTGOING FUNDS TRANSFER CENLAR FSB | | (13,050.00) | 4.48 |
| **31 Aug 2023** | | **Closing Balance** | | | **4.48** |
| **Statement Total** | | | **13,000.00** | **(13,050.00)** | |

Private Bank

## Statement of Accounts

Statement Period 01 Aug 2023 — 31 Aug 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.

**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".

**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank

# Statement of Accounts

Statement Period 01 Aug 2023 — 31 Aug 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates. This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

Unlike LIBOR, the relevant Fallback Rate is not known in advance and will be reset with calculations based on in-arrears convention. Please contact your banker for confirmation of rate.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank



## Summary of Accounts
Statement Period 01 Sep 2023 — 30 Sep 2023 | New York

### ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| | | LAST PERIOD | THIS PERIOD | |
|---|---|---|---|---|
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Page Number |
| NY Current/Transaction Account | ███████3775 | 4.48 | 13,104.48 | 4 |
| Total Bank Deposits | | **4.48** | **13,104.48** | |
| **TOTAL ASSETS** | | **4.48** | **13,104.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



## Statement of Accounts
Statement Period 01 Sep 2023 — 30 Sep 2023 | New York

### STATEMENT OVERVIEW — CASH

Reference Currency: USD

#### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account - ████3775 | Banking | 13,104.48 |
| **Total Cash and Short-Term Investments** | | **13,104.48** |

#### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 13,104.48 |
| **Total** | **100%** | | **13,104.48** |

#### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

#### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank



# NY Current/Transaction Account — ████3775

Statement Period 01 Sep 2023 — 30 Sep 2023 | New York

## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **4.48** | **2,559.48** |
| CREDITS | | | |
| Deposits Made | 2 | 26,150.00 | 127,995.00 |
| DEBITS | | | |
| Other Withdrawals | 1 | (13,050.00) | (117,450.00) |
| **Closing Balance** | | **13,104.48** | **13,104.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Sep 2023** | | **Opening Balance** | | | **4.48** |
| 01 Sep 2023 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 13,050.00 | | 13,054.48 |
| 06 Sep 2023 | Cash Withdrawal | OUTGOING FUNDS TRANSFER CENLAR FSB | | (13,050.00) | 4.48 |
| 29 Sep 2023 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 13,100.00 | | 13,104.48 |
| **30 Sep 2023** | | **Closing Balance** | | | **13,104.48** |
| **Statement Total** | | | **26,150.00** | **(13,050.00)** | |

Private Bank

# Statement of Accounts

Statement Period 01 Sep 2023 — 30 Sep 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts. **FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Nassau Cash Reserve Accounts are solely payable at Citibank, N.A., Nassau, Bahamas Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.
**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle: **Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank



## Statement of Accounts
Statement Period 01 Sep 2023 — 30 Sep 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates.  This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.
Unlike LIBOR, the relevant Fallback Rate is not known in advance and will be reset with calculations based on in-arrears convention. Please contact your banker for confirmation of rate.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

Private Bank



AR254664119-0006
ONE57 36B LLC
157 W.57TH STREET
UNIT 36B
NEW YORK NY 10019

**NEW YORK**

ONE57 36B LLC

INVESTMENT AND INSURANCE AND ANNUITY
PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT
BANK PRODUCTS AND ARE: Not insured by the FDIC •
Not insured by the Canada Deposit Insurance
Corporation ("CDIC") • Not deposits or other
obligations of Citibank or its affiliates • Not
government insured • Not guaranteed by Citibank or
its affiliates • Subject to investment risks, including
possible loss of the principal amount invested.

Private Bank

# Summary of Accounts
Statement Period 01 Oct 2023 — 31 Oct 2023 | New York



## ACCOUNT OVERVIEW

Reference Currency: USD

This statement has been prepared for

**ONE57 36B LLC**

For your convenience this statement's summary section may include account and balance information of accounts for which this is not the official statement. This is the official statement for only the Citibank, N.A. accounts and transactions detailed beyond the summary section of this document. For any account reflected in the summary portion only, please consult the separate official statement applicable to such account for an official record of such account. Please see the notes at the end of this document for additional important information and disclosures.

| | | LAST PERIOD | THIS PERIOD | |
|---|---|---|---|---|
| Bank Deposits [1] | Account Number | Balance USD | Balance USD | Page Number |
| NY Current/Transaction Account | ▆▆▆3775 | 13,104.48 | 13,154.48 | 4 |
| Total Bank Deposits | | **13,104.48** | **13,154.48** | |
| | | | | |
| **TOTAL ASSETS** | | **13,104.48** | **13,154.48** | |

[1] Bank Deposits with Citibank, N.A are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits.

Private Bank



# Statement of Accounts

Statement Period 01 Oct 2023 — 31 Oct 2023 | New York

## STATEMENT OVERVIEW — CASH

Reference Currency: USD

### INVESTABLE CASH BY ACCOUNT

| | Account Type | Market Value USD |
|---|---|---|
| NY Current/Transaction Account ‑ ▓▓▓▓3775 | Banking | 13,154.48 |
| **Total Cash and Short-Term Investments** | | **13,154.48** |

### DISTRIBUTION OF CASH BY CURRENCY

| Currency | % of Total | Market Value Nominal Currency | Market Value USD |
|---|---|---|---|
| USD | 100% | — | 13,154.48 |
| **Total** | **100%** | | **13,154.48** |

### BANKING INTEREST INCOME AND EXPENSE

| | This Period | Year to Date |
|---|---|---|
| INCOME | | |
| **Total Interest Income** | — | — |
| EXPENSE | | |
| **Total Interest Expense** | — | — |

### INVESTMENT ACCOUNT INTEREST, DIVIDENDS AND DISTRIBUTIONS

| | This Period | Year to Date |
|---|---|---|
| Interest | — | — |
| Dividends | — | — |
| Distributions | — | — |
| **Total Investment Income** | — | — |

Please see the Notice page for important information.
The above-referenced accounts are with Citibank N.A.

Private Bank

# NY Current/Transaction Account — ████ 3775

Statement Period 01 Oct 2023 — 31 Oct 2023 | New York



## ACCOUNT SUMMARY

Reference Currency: USD

### CASH FLOW SUMMARY

| | Number of Transactions This Period | This Period | Year to Date |
|---|---|---|---|
| **Opening Balance** | | **13,104.48** | **2,559.48** |
| CREDITS | | | |
| Deposits Made | 1 | 13,100.00 | 141,095.00 |
| DEBITS | | | |
| Other Withdrawals | 1 | (13,050.00) | (130,500.00) |
| **Closing Balance** | | **13,154.48** | **13,154.48** |

### ACTIVITY DETAIL

| Date | Transaction Type | Description | Credits | (Debits) | Daily Balance |
|---|---|---|---|---|---|
| **01 Oct 2023** | | **Opening Balance** | | | **13,104.48** |
| 03 Oct 2023 | Cash Withdrawal | OUTGOING FUNDS TRANSFER CENLAR FSB | | (13,050.00) | 54.48 |
| 31 Oct 2023 | Cash Deposit | INCOMING FUNDS TRANSFER THE BANK OF NEW YORK MELLON | 13,100.00 | | 13,154.48 |
| **31 Oct 2023** | | **Closing Balance** | | | **13,154.48** |
| **Statement Total** | | | **13,100.00** | **(13,050.00)** | |

Private Bank

# Statement of Accounts

Statement Period 01 Oct 2023 — 31 Oct 2023 | New York



## NOTES

**In Trust For:** Applies ONLY to U.S. Dollar Time Deposits and Cash Reserve Accounts**FDIC:** ONLY U.S. Dollar Time Deposits, Cash Reserve Accounts, NY Current/Transaction Accounts, Select Money Market Accounts and Foreign Currency deposits are FDIC insured, up to applicable limits. Please see www.FDIC.gov for more information about FDIC insurance coverage.

**Payment of Deposits:** U.S. Dollar Time Deposits and Cash Reserve Accounts are solely payable at Citibank, N.A., New York Branch. Performance is subject to the laws and restrictions at such branch's location; funds may be unavailable as a result and no other branch, subsidiary or affiliate of Citibank, N.A. shall be responsible therefore. Please refer to applicable terms, conditions or rules of your account opening agreement for additional information about your deposits.

**Citibank, N.A., Member FDIC.**
**© 2020 Citigroup Inc. All Rights Reserved. Citi. Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.**
Note, the London Interbank Offered Rate (LIBOR) is currently expected to be phased out as early as the end of 2021 and there is no guarantee that other Interbank Offered Rates (IBORs) such as CHF LIBOR, CDOR, EURIBOR, HIBOR, SIBOR and SOR will continue to be produced and published for the entire term of a financial instrument. To the extent you have any products or services with Citi that reference LIBOR or any other IBOR, Citi reserves the right to review the applicable benchmark and adopt an alternative benchmark when LIBOR or other similar benchmarks become unavailable. Together with your professional independent advisors (legal, financial or otherwise), you should consider, and continue to keep under review, the potential impact of benchmark transitioning on any existing product you have with Citi, or any new product you enter into with Citi.
**IMPORTANT INFORMATION FOR YOUR REVIEW**
We are writing to provide you with certain disclosures under Section 13 of the Bank Holding Company Act, known as the "Volcker Rule".
**Volcker Rule Disclosures**
Amendments to the Volcker Rule became effective on October 1, 2020 (the "Amendments"). The Volcker Rule generally prohibits Citigroup Inc. affiliates from investing in, sponsoring, or having certain relationships with private equity funds, hedge funds and other entities that are defined under the Volcker Rule as "covered funds," subject to certain exceptions.

One of the exceptions allows Citigroup Inc. affiliates to treat certain family wealth management vehicles as excluded from the definition of "covered funds" so long as certain specified conditions are satisfied. Vehicles that can benefit from the exclusion are those that are not and do not hold themselves out as being entities or arrangements that raise money from investors primarily for the purpose of investing in securities for resale or other disposition or otherwise trading in securities (for example (i) trusts, the grantor(s) of which are all "family customers" as defined in the Volcker Rule, or (ii) other non-trust entities, including limited liability companies, general and limited partnerships and other legal entities that are majority owned by family customers and with other interests able to be owned by up to five "closely related persons" of the family customers) through which investments may be held and for which we provide trust, fiduciary, investment advisory or commodity trading advisory services (hereafter, "Family Wealth Management Vehicles," as defined in the Amendments).
One of the conditions to the exclusion requires us to make the following disclosures to you where you are an investor, or otherwise have an interest, in a Family Wealth Management Vehicle:**Except to the extent stated otherwise in your agreements with us or as may be required by applicable law, any losses in the Family Wealth Management Vehicle will be borne solely by investors in the Family Wealth Management Vehicle and not by us or our affiliates; therefore our losses in the Family Wealth Management Vehicle will be limited to losses attributable to any ownership interests in the Family Wealth Management Vehicle held by us or any affiliate in its capacity as investor in the Family Wealth Management Vehicle or as beneficiary of a restricted profit interest held by us or one of our affiliates.**
You represent and warrant to us that prior to investing in the Family Wealth Management Vehicle and appointing, or acknowledging the appointment of, a Citigroup Inc. affiliate as your discretionary investment manager, investment advisor or trust advisor you have conducted whatever diligence you consider appropriate and have read all documents that you, in your judgment, believe to be appropriate or helpful.

Your ownership interests in the Family Wealth Management Vehicle are not deposits in, obligations of, or guaranteed or endorsed by Citigroup Inc., Citibank, N.A., or any of their affiliates or subsidiaries or any other U.S. or non-U.S. depository institution, although it is possible that the Family Wealth Management Vehicle may itself hold insured deposit products. Interests in the Family Wealth Management Vehicle are not insured by the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, or any other governmental agency and are not deposits, obligations of, endorsed or guaranteed in any way, by us or our affiliates. One or more Citigroup Inc. affiliates provide trust, fiduciary, investment advisory or commodity trading advisory services to the Family Wealth Management Vehicle. The relevant affiliate's roles and responsibilities are more fully described in the documents that govern their appointment. Fees for our services are based on market terms and conditions.

Alternative Investments Disclosures

Information regarding alternative investments is provided as a service to you and is for informational purposes only. The value and prices assigned to alternative investments are based on available information typically received from the funds or other sources outside Citi Private Bank. These values and prices are subject to change, may not be realized upon the sale or ultimate disposition of the investment and may not reflect more recent market volatility. There may be discrepancies between the values specified herein and information provided by funds. This could occur for a variety of reasons, including because Citi Private Bank and the funds may utilize different methodologies to calculate or classify various items. Examples of typical causes of such discrepancies include (i) reclassifications of inside commitments (such as contributions above capital commitments) to outside commitments and (ii) the reclassification of distributions or recallable distributions. Citi Private Bank is not responsible for any information or valuation received from other sources, including a fund manager and custodian.

*CONTINUED*

Private Bank



## Statement of Accounts

Statement Period 01 Oct 2023 — 31 Oct 2023 | New York

## NOTES *CONTINUED*

The values and prices assigned to alternative investments specified herein generally reflect the most recent information received prior to this statement's closing date. This statement may contain values and prices as of dates that are inconsistent with your other holdings, due to delays in the availability of the valuation information for alternative investments. Some positions may not represent interests in a fund, but rather redemption proceeds withheld by a fund issuer pending final valuations that are not subject to the investment performance of the fund and may or may not accrue interest for the withholding period. Final valuations and prices will be determined by the fund.

If your investment is held in "nominee name", the nominee is the owner of record on the books and records of the issuer. The issuer will only recognize the nominee as the owner of the investment for all purposes including, but not limited to, communications, capital calls and distributions. Citi Private Bank is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner and no liability can be accepted for any losses that may arise as a result of your failure to provide such instructions or the failure of your nominee or any other Citi entity to take such actions, if your instructions are not timely received by the nominee.

Asset class returns for alternative investments are based on the most current valuation provided by the funds, which consistent with industry practice are reported one or more months after the valuation date. However, the valuation lag reflected by the applicable alternative investments indices may differ from that of the specific fund it is intended to compare. In addition, alternative investment indices are not as reliable as traditional market indices, because they are based on the voluntary submission of returns and not more widely available market data.

"Securities and Funds" are categorized into asset classes based on generally accepted industry classifications. Multi asset class funds are those funds for which the classification of assets by asset class is not available. Investments such as Hedge Funds, Private Equity and Real Estate are separately categorized under the heading "Alternatives"

*** Negative Interest Fee: From time to time market term interest rates may be negative for deposits held in certain currencies or central banking institutions may impose negative interest rates.  This means that an account holding a currency subject to a negative interest rate may be charged a Negative Interest Fee that takes into account, among other things, the market negative term interest rate or the negative interest rate imposed by central banking institutions and our costs to administer the accounts. For information on how the Negative Interest Fee is calculated, please review your account terms and conditions, or contact your Citi Private Bank representative.

Unlike LIBOR, the relevant Fallback Rate is not known in advance and will be reset with calculations based on in-arrears convention. Please contact your banker for confirmation of rate.

INVESTMENT AND INSURANCE AND ANNUITY PRODUCTS (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND ARE: Not insured by the FDIC • Not insured by the Canada Deposit Insurance Corporation ("CDIC") • Not deposits or other obligations of Citibank or its affiliates • Not government insured • Not guaranteed by Citibank or its affiliates • Subject to investment risks, including possible loss of the principal amount invested.