# EXHIBIT H

**citi** ®

Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**August 02, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ████ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 15,200.00 |
| Transaction Date | : | August 02, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0622142DB4001 |
| Global ID Number | : | S0622142DB4001 |
| Batch Track Number | : | 657069311344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0006/20220802/366137



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**December 01, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ███ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 15,600.00 |
| Transaction Date | : | December 01, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S062335274E001 |
| Global ID Number | : | S062335274E001 |
| Batch Track Number | : | 657106481344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2022 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

**citi®**

Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**February 01, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ▮▮▮▮ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 15,000.00 |
| Transaction Date | : | February 01, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S06203221FE901 |
| Global ID Number | : | S06203221FE901 |
| Batch Track Number | : | 657659101344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0006/20220201/364620



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**February 02, 2023**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

|  |  |  |
|---|---|---|
| Account Credited | : | Current Account ▮▮▮▮ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 10,445.00 |
| Transaction Date | : | February 02, 2023 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0630332FFD001 |
| Global ID Number | : | S0630332FFD001 |
| Batch Track Number | : | 657564911344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2022 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**January 03, 2023**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ██████ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 13,100.00 |
| Transaction Date | : | January 03, 2023 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S06300340E5C01 |
| Global ID Number | : | S06300340E5C01 |
| Batch Track Number | : | 657489761344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2022 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

**citi**®

Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**July 01, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ███ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 42,000.00 |
| Transaction Date | : | July 01, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0621822BC6801 |
| Global ID Number | : | S0621822BC6801 |
| Batch Track Number | : | 657006191344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**June 14, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account 6███3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 15,500.00 |
| Transaction Date | : | June 14, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S062165359F601 |
| Global ID Number | : | S062165359F601 |
| Batch Track Number | : | 657287481344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

Private Bank

citi®

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**March 31, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ███ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 15,300.00 |
| Transaction Date | : | March 31, 2022 |
| Sending Bank Number | : | 021000018 |
| Sending Bank Name | : | THE BANK OF NEW YORK MELLON |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| FED Reference # | : | 20220331B1Q8151C024843 |
| Global ID Number | : | F01209013F7901 |
| Batch Track Number | : | 657659141344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

**citi**®

Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**May 03, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ████ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 1,550.00 |
| Transaction Date | : | May 03, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0621232281D01 |
| Global ID Number | : | S0621232281D01 |
| Batch Track Number | : | 657880641344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**May 04, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ████ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 13,950.00 |
| Transaction Date | : | May 04, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0621242354401 |
| Global ID Number | : | S0621242354401 |
| Batch Track Number | : | 657908261344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

**citi®**

Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**October 03, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ███ 3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 15,705.00 |
| Transaction Date | : | October 03, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S06227636DC301 |
| Global ID Number | : | S06227636DC301 |
| Batch Track Number | : | 657131871344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2022 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0006/20221003/360755

**citi**®

Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

ONE57 36B LLC
157 W.57th Street
Unit 36B
New York, New York  10019
UNITED STATES

**Wire Transfer**
**Credit Advice**
**September 01, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ▇▇▇▇3775 |
| Account Name | : | ONE57 36B LLC |
| Transaction Amount | : | USD 16,000.00 |
| Transaction Date | : | September 01, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0622442FCF301 |
| Global ID Number | : | S0622442FCF301 |
| Batch Track Number | : | 657048911344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2022 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC