# EXHIBIT L

UBS Financial Services Inc.
550 Biltmore Way
P.O. Box 14-9051
Coral Gables FL 33114-9051

# Business Services Account
October 2023

APZ3000843441 1023  CA  0

ARALPA MIAMI INVESTMENTS, LLC
1725 HUGHES LANDING BLVD
SUITE 845
THE WOODLANDS TX 77380-3874

**Account name:** ARALPA MIAMI INVESTMENTS, LLC
**Friendly account name:** AMI
**Account number:** ▓▓▓▓767 GR

**Your Financial Advisor:**
PINTADO CARAVITA/GOMEZ
Phone: 305-448-5444/800-327-0181

**Questions about your statement?**
Call your Financial Advisor or the ResourceLine at 800-762-1000, account ▓▓▓767.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Help protect yourself from fraud and review bank, credit card and brokerage statements regularly. Also, get your free credit report annually from www.annualcreditreport.com.

## Value of your account

|  | on September 29 ($) | on October 31 ($) |
|---|---:|---:|
| Your assets | 2,065,129.67 | 2,015,486.19 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$2,065,129.67** | **$2,015,486.19** |

## Tracking the value of your account



$ Thousands
2,065.1                                        2,015.5
Sep 2023                                        Oct 2023

**Sources of your account growth during 2023**

| | |
|---|---:|
| Value of your account at year end 2022 | $0.00 |
| Net deposits and withdrawals | $1,873,684.02 |
| Your investment return: | |
|   Dividend and interest income | $142,748.03 |
|   Change in market value | -$945.86 |
| **Value of your account on Oct 31, 2023** | **$2,015,486.19** |

UBS

Business Services Account

October 2023

**Account name:** ARALPA MIAMI INVESTMENTS, LLC
**Friendly account name:** AMI
**Account number:** ███████767 GR

**Your Financial Advisor:**
PINTADO CARAVITA/GOMEZ
305-448-5444/800-327-0181

# Your account balance sheet

## Summary of your assets

| | | Value on October 31 ($) | Percentage of your account |
|---|---|---:|---:|
| A | Cash and money balances | 1,265.12 | 0.06% |
| B | Cash alternatives | 2,014,221.07 | 99.94% |
| C | Equities | 0.00 | 0.00% |
| D | Fixed income | 0.00 | 0.00% |
| E | Non-traditional | 0.00 | 0.00% |
| F | Commodities | 0.00 | 0.00% |
| G | Other | 0.00 | 0.00% |
| **Total assets** | | **$2,015,486.19** | **100.00%** |

**Value of your account**     **$2,015,486.19**

**Your current asset allocation**



▸ *Cash and money balances* may include available cash balances, UBS Bank USA deposit account, UBS FDIC Insured Deposit Program Bank accounts, UBS Insured Sweep Program Bank accounts, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances. See the *Important information about your statement* on the last two pages of this statement for details about those balances.

## Eye on the markets

| | Percentage change | |
|---|---:|---:|
| Index | October 2023 | Year to date |
| S&P 500 | -2.10% | 10.69% |
| Russell 3000 | -2.65% | 9.41% |
| MSCI - Europe, Australia & Far East | -4.04% | 3.24% |
| Barclays Capital U.S. Aggregate Bond Index | -1.58% | -2.77% |

**Interest rates on October 31, 2023**
3-month Treasury bills: 5.38%
One-month SOFR: 5.32%



**UBS**

Business Services Account

October 2023

| | |
|---|---|
| Account name: | ARALPA MIAMI INVESTMENTS, LLC |
| Friendly account name: | AMI |
| Account number: | ▮▮▮▮767 GR |

Your Financial Advisor:
PINTADO CARAVITA/GOMEZ
305-448-5444/800-327-0181

## Change in the value of your account

| | October 2023 ($) | Year to date ($) |
|---|---:|---:|
| **Opening account value** | $2,065,129.67 | $0.00 |
| Deposits, including investments transferred in | 0.00 | 5,858,225.21 |
| Withdrawals and fees, including investments transferred out | -59,000.00 | -3,984,541.19 |
| Dividend and interest income | 9,356.52 | 142,748.03 |
| Change in market value | 0.00 | -945.86 |
| **Closing account value** | **$2,015,486.19** | **$2,015,486.19** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | October 2023 ($) | Year to date ($) |
|---|---:|---:|
| Taxable dividends | 9,355.74 | 142,701.91 |
| Taxable interest | 0.78 | 46.12 |
| **Total current year** | **$9,356.52** | **$142,748.03** |
| **Total dividend & interest** | **$9,356.52** | **$142,748.03** |

## Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC-Insured Deposit Program and the UBS Insured Sweep Program. It does not apply to deposits at UBS AG, Stamford Branch. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

| | October 2023 ($) | Year to date ($) |
|---|---:|---:|
| **Opening balances** | **$20,264.34** | **$0.00** |
| *Additions* | | |
| Deposits and other funds credited | 0.00 | 5,858,225.21 |
| Dividend and interest income | 9,356.52 | 142,748.03 |
| Proceeds from investment transactions | 40,000.00 | 3,945,500.00 |
| *Total additions* | **$49,356.52** | **$9,946,473.24** |
| *Subtractions* | | |
| Other funds debited | -59,000.00 | -3,984,541.19 |
| Funds withdrawn for investments bought | -9,355.74 | -5,960,666.93 |
| *Total subtractions* | **-$68,355.74** | **-$9,945,208.12** |
| **Net cash flow** | **-$18,999.22** | **$1,265.12** |
| **Closing balances** | **$1,265.12** | **$1,265.12** |



Business Services Account

October 2023

| | |
|---|---|
| Account name: | ARALPA MIAMI INVESTMENTS, LLC |
| Friendly account name: | AMI |
| Account number: | ▇▇▇767 GR |

Your Financial Advisor:
PINTADO CARAVITA/GOMEZ
305-448-5444/800-327-0181

# UBS Insured Sweep Program Account APY

*Interest period Sep 8 - Oct 5*

| | |
|---|---|
| Opening UBS Insured Sweep Program balance Sep 8 | $20,264.34 |
| Closing UBS Insured Sweep Program balance Oct 5 | $20,265.12 |
| Number of days in interest period | 28 |
| Average daily balance | $20,264.37 |
| Interest earned | $0.78 |
| Annual percentage yield earned | 0.05% |

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Moderate
Investment eligibility consideration - None selected

# Your account instructions

- Your account cost basis default closing method is FIFO, First In, First Out.



**UBS**

Business Services Account

October 2023

| | |
|---|---|
| **Account name:** | ARALPA MIAMI INVESTMENTS, LLC |
| **Friendly account name:** | AMI |
| **Account number:** | ▇▇▇▇767 GR |

**Your Financial Advisor:**
PINTADO CARAVITA/GOMEZ
305-448-5444/800-327-0181

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* include available cash balances, UBS Bank USA deposit account balances, UBS FDIC Insured Deposit Program Bank deposit account balances, UBS Insured Sweep Program deposit account balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

Deposit account balances at UBS Bank USA and all banks participating in the UBS FDIC-Insured Deposit Program and the UBS Insured Sweep Program are insured by the FDIC up to $250,000 per depositor per ownership category, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by the FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.

For FDIC insurance purposes, deposit balances include deposit account balances held at UBS Bank USA through the UBS cash sweep programs, Certificates of Deposits and UBS Core Savings. FDIC insurance is calculated by ownership category (e.g., single, joint, retirement, business, trust). As a result, you will need to review your deposit amounts in each ownership category to determine whether your deposit balances are fully insured. For more information, visit www.fdic.gov. Please review this section as well as the "Cash alternatives" and "Fixed income" sections to review the current deposit balances held at UBS Bank USA.

See the *Important information about your statement* at the end of this document for details about those balances.

| Holding | Opening balance on Oct 1 ($) | Closing balance on Oct 31 ($) | Price per share on Oct 31 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| UBS Insured Sweep Prgm | 20,264.34 | 1,265.12 | | | | |

### UBS Insured Sweep Program

| Priority | Bank Name | Closing balance on Oct 31 ($) | Status |
|---|---|---|---|
| 1 | UBS Bank USA | 1,265.12 | |
| 2 | Truist Bank | 0.00 | |
| 3 | Citibank, National Association | 0.00 | |
| 4 | Pacific Western Bank | 0.00 | |
| 5 | Synovus Bank | 0.00 | |
| 6 | HSBC Bank USA | 0.00 | |
| 7 | BankUnited, N.A. | 0.00 | |
| 8 | EagleBank | 0.00 | |

| Priority | Bank Name | Closing balance on Oct 31 ($) | Status |
|---|---|---|---|
| 9 | Axos Bank | 0.00 | |
| 10 | Associated Bank | 0.00 | |
| 11 | Barclays Bank Delaware | 0.00 | |
| 12 | BMO BANK NATIONAL | 0.00 | |
| 13 | Western Alliance Bank | 0.00 | |
| 14 | JPM Chase Bank NA | 0.00 | |
| 15 | Forbright Bank | 0.00 | |
| | **TOTAL** | **$1,265.12** | |



**Business Services Account**

October 2023

| | |
|---|---|
| Account name: | ARALPA MIAMI INVESTMENTS, LLC |
| Friendly account name: | AMI |
| Account number: | ███767 GR |

**Your Financial Advisor:**
PINTADO CARAVITA/GOMEZ
305-448-5444/800-327-0181

## Your assets (continued)

### Cash alternatives

**Money market funds**

Money market funds are neither insured nor guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Institutional prime and institutional municipal funds must float their net asset values (NAV) per share to the nearest 1/100th of a cent (e.g., $1.0000). Government and retail money market funds will continue to transact at a stable $1.00 net asset value. Although money market funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Oct 31 ($) | Value on Oct 31 ($) | Unrealized gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| UBS SELECT PRIME INSTITUTIONAL FUND | 2,014,019.678 | | | | 1.0001 | 2,014,221.07 | | | |

EAI: $108,958  Current yield: 5.41%

### Your total assets

| | | Value on Oct 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| **Cash** | **Cash and money balances** | **1,265.12** | **0.06%** | **1,265.12** | | |
| **Cash alternatives** | ***Money market funds** | **2,014,221.07** | **99.94%** | | **108,958.00** | |
| **Total** | | **$2,015,486.19** | **100.00%** | **$1,265.12** | **$108,958.00** | |

* Missing cost basis information.

## Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about your statement* at the end of this document.

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| **Sep 29** | | **Cash and money balance** | | | | | **$20,264.34** |
| Oct 6 | Interest | UBS INSURED SWEEP PROGRAM AS OF 10/05/23 | | | | .78 | 20,265.12 |

*continued next page*



| | Business Services Account | Account name: | ARALPA MIAMI INVESTMENTS, LLC | Your Financial Advisor: |
|---|---|---|---|---|
| | October 2023 | Friendly account name: | AMI | PINTADO CARAVITA/GOMEZ |
| | | Account number: | ▮▮▮▮767 GR | 305-448-5444/800-327-0181 |

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| Oct 23 | Transfer | JOURNAL TO ▮▮▮768 ARALPA MIAMI INVESTMENTS, LLC | | | | -5,000.00 | 15,265.12 |
| Oct 26 | Transfer | TO ▮▮▮263 0200 | | | | -54,000.00 | |
| Oct 26 | Sold | UBS SELECT PRIME INSTITUTIONAL FUND SYMBOL: SELXX | | -39,996.000 | | 40,000.00 | 1,265.12 |
| Oct 31 | Dividend | UBS SELECT PRIME INSTITUTIONAL FUND SYMBOL: SELXX | | | | 9,355.74 | |
| Oct 31 | Reinvestment | UBS SELECT PRIME INSTITUTIONAL FUND DIVIDEND REINVESTED AT 1.00 NAV ON 10/31/23 SYMBOL: SELXX | | 9,354.805 | | -9,355.74 | 1,265.12 |
| **Oct 31** | | **Closing cash and money balance** | | | | | **$1,265.12** |
| | | **Proceeds from investment transactions** | | | | | **$40,000.00** |
| | | **Funds used for investment transactions** | | | | | **-$9,355.74** |

**Money balance activities**

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Sep 29** | **Balance forward** | | **$20,264.34** |
| Oct 6 | Deposit | UBS INSURED SWEEP PROGRAM AS OF 10/05/23 | 0.78 |
| Oct 24 | Withdrawal | UBS INSURED SWEEP PROGRAM AS OF 10/23/23 | -5,000.00 |
| Oct 27 | Withdrawal | UBS INSURED SWEEP PROGRAM AS OF 10/26/23 | -14,000.00 |
| **Oct 31** | **Closing UBS Insured Sweep Program** | | **$1,265.12** |



Your notes

# Important information about your statement

This statement represents the only official record of your UBS Financial Services Inc. ("UBS Financial Services" or the "Firm") account. It is intended for your use only and cannot be relied upon by third parties. Other records, except official tax documents, containing conflicting data should not be relied upon.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely solely on year-end tax forms, (i.e., Form 1099, 5498, 1042S, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, net proceeds on sale transactions, and cost basis on certain covered securities.

Your privacy and financial security are a priority for us. Please review account statements carefully and if there are transactions you do not recognize or if you believe there is any inaccuracy or discrepancy, please report it immediately in writing to the Branch Manager of the office serving your account. Written communication should be directed to UBS only (@ubs.com or postal mail) to ensure proper and secure record keeping for your protection. If the financial institution on the top left of the front of this statement is not UBS Financial Services Inc., UBS Financial Services carries your account as clearing broker by arrangement with the indicated institution. We informed you of this relationship when you opened this account. In this case, your funds and securities are located at UBS Financial Services and not the introducing broker, and you must make a report of any error or omission to **both** firms. Please make all checks payable to the Firm or the financial institution indicated on the front of this statement.
Please re-confirm any oral communications in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA).

- For general account questions, contact your Financial Advisor or Customer Service at 888-279-3343.
- For TTY services: Call 844-612-0986 or from outside the U.S.: Call 201-352-1495
- All statements shall be deemed complete and accurate if not objected to in writing within 60 days.
- You must notify us of any errors or fraud involving checks reflected on your statement within 30 days after it was mailed or made available.
  In case of errors or questions about an electronic funds transfer (EFT), bill payment or UBS Visa® debit card transactions, call 800-762-1000, or write to UBS Financial Services Inc., 1000 Harbor Blvd., 6th floor, Weehawken, NJ 07086, Attn: RMA/BSA Services. Call or write as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The Firm or Card Issuer (as applicable) must hear from you no later than 60 days after the Firm sent you the first statement on which the error or problem appeared.
  – Provide your name and account number (if any).
  – Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
  – Provide the dollar amount of the suspected error. The Firm or Card Issuer will investigate your complaint and will correct any error promptly. For alleged errors involving UBS Visa® debit card transactions, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
- To submit a customer complaint, please contact the Firm's Client Relations Department at 201-352-1699 or toll-free at 800-354-9103, 8:00 a.m. to 5:00 p.m. ET Monday through Friday, or in writing to UBS Financial Services Inc., Client Relations Department, P.O. Box 766 Union City, NJ 07087.

**Investment objectives**
The investment objectives and risk profile are specific to each account and may vary between your accounts. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account held, you choose one of the following investment objectives:
- *Produce Current Income*: Investments seeking the generation of income only.
- *Achieve Capital Appreciation*: Investments seeking growth of principal rather than the generation of income.
- *Produce Combination of Income and Capital Appreciation*: Investments seeking both the generation of income and growth of principal.

**Overall risk profiles**
- *Conservative*: Seeks to maintain initial principal, with low risk and volatility to the account overall, even if that means the account does not generate significant income or returns and may not keep pace with inflation.
- *Moderate*: Willing to accept some risk to principal and tolerate some volatility to seek higher returns.
- *Aggressive*: Willing to accept high risk to principal and high volatility to seek high returns over time.
- *Investment Eligibility Consideration*: If selected, a portion of the portfolio for that account may include complex strategies, limited liquidity, and greater volatility.

**UBS Sweep Options**
UBS offers options for sweeping cash balances to bank deposit accounts at non-affiliated banks and affiliated banks and money market mutual funds (Money Funds). Deposit accounts at UBS Bank USA and non-affiliated banks participating in the UBS FDIC Insured Deposit Program and the UBS Insured Sweep Program are FDIC insured in accordance with FDIC rules. For more information, please visit www.fdic.gov. Deposit accounts at UBS AG Stamford Branch and shares of Money Funds are not insured by the FDIC. Bank deposits are not protected by SIPC. Money Fund shares are protected by SIPC.

Upon your request, balances in the bank deposits may be withdrawn, and shares of a Money Fund may be liquidated, and the proceeds returned to you or your securities account.

Further information about available sweep options, including current interest rates and yields, is available at www.ubs.com/sweepyields, from your Financial Advisor or by calling 800-762-1000.

**UBS Financial Services account protection**
The Firm is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. The SIPC asset protection limits apply to all accounts that you hold in a particular capacity. The Firm, together with certain affiliates, has also purchased supplemental insurance. The maximum amount payable to all eligible clients, collectively under this protection is $500 million as of December 10, 2022. Subject to the policy conditions and limitations, cash at the Firm is further protected for up to $1.9 million in the aggregate for all your accounts held in a particular capacity. A full copy of the policy wording is available upon request.

Neither the SIPC protection nor the supplemental insurance apply to:
- Certain financial assets controlled by (and included in your account value) but held away from UBS Financial Services. For example, certain (i) insurance products, including variable annuities, and (ii) shares of mutual funds registered in the name of the account holder on the books of the issuer or transfer agent);
- Investment contracts or investment interests (e.g., limited partnerships and private placements) that are not registered under the Securities Act of 1933;
- Commodities contracts (e.g., foreign exchange and precious metal contracts), including futures contracts and commodity option contracts;
- Securities on loan to UBS Financial Services; and
- Deposit accounts (except certificates of deposit) at UBS Bank USA, UBS AG US branches and banks in the FDIC Insured Deposit Program or the UBS Insured Sweep Program.

The SIPC protection and the supplemental protection do not apply to these assets even if they otherwise appear on your statements. The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise).

**Statement "householding"**
We may consolidate statements for related accounts with the same address in the same envelope. If you prefer to receive statements in separate envelopes, contact your Financial Advisor.

**Friendly account name**
The Friendly account name is a customizable "nickname" chosen by you. It has no legal effect, is not intended to reflect any strategy, product, recommendation, investment objective or risk profile associated with your accounts, and is not a promise or guarantee that wealth, or any financial results, can or will be achieved. All investments involve the risk of loss, including the risk of loss of the entire investment. You can change your Friendly account names through Online Services or by contacting your Financial Advisor.

**Account overview**
- *Value of your account/portfolio*. Net of assets and liabilities.
- *Assets*. Includes available cash balances, values for restricted security (est.), and Global Time Deposits, and certain assets not held by the Firm. Does not include unpriced securities/assets at the end of the prior and current statement periods, or private investments, unvested stock options and exercisable stock options.
- *Liabilities*. Includes debit balances, outstanding margin loans, credit line, short account balances.
- *Cash/money balances*. Total of uninvested available cash balances, plus deposit balances at affiliated and non-affiliated banks, and money market mutual fund sweep balances, at the close of the statement period. Non-commodity free credit balances in your account are not segregated from other balances and the Firm may use any of these funds in the ordinary course of its business. These funds are payable upon your demand. This total is included in the current period closing value.

**Lending information**
For detailed information on the Firm's lending practices and disclosures, refer to the agreements governing your account. UBS Statement of Credit Practices available in *Agreements and Disclosures* at www.ubs.com/disclosuredocuments.

**Your assets**
You may ask for delivery of fully paid securities at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities transferred to the Firm during the statement period are listed at market value as of the end of the statement period.
- **Cost basis.** Where cost basis of an asset is displayed with the number "1", the Firm has relied on information obtained from another firm or that you provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than the Firm. Although the Firm generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. Do not rely on this information to make purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm may reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.
- **Unrealized gains/losses**. When data is available, estimated unrealized gains/losses are calculated for individual security lots. The transaction data for individual lots may or may not reflect commissions, charges and/or security reorganization events. Dividend and other reinvestment lots and systematic purchase lots are each combined to display one averaged lot. The "Trade date" column presents the original transaction trade date.
- **Callable securities**. Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our

## Important information about your statement (continued)

clients. Call feature information is obtained from third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.

- **Price/value**. Prices displayed may be higher or lower than the price that you would actually receive in the market. Prices are obtained from various third-party sources which we believe to be reliable, but we do not guarantee their accuracy.
  – We generally use the closing price when available or the mean of the bid and ask prices for listed securities and options or only bid prices for OTC securities.
  – Less actively traded securities may be priced using a valuation model or the most recent price we obtained and may not reflect an actual market price or value.
  – Certain positions may show as "price was not available" if we are unable to obtain a price.
  – Deposits or securities denominated in currencies other than U.S. dollars are reflected at the exchange rate as of the statement date.
  – For certain securities trading in non-conforming denominations, price, and quantity (face value) may have been adjusted to facilitate proper valuation.
  – Restricted securities may not be eligible for public sale. The market price of the unrestricted stock of the same issuer as an imputed value for the restricted stock *for purposes of this statement only*. If restricted securities are sold, the value received may be substantially less than the imputed value shown.

To obtain current quotations, when available, contact your Financial Advisor.

**Private investments and structured products**
Private investment securities (including direct participation program and real estate investment trust securities) and structured products are generally highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We provide estimated values for informational purposes only. Accuracy is not guaranteed.
  – These values may differ substantially from prices, if any, at which a private investment security or structured product may be bought or sold and do not necessarily represent the value you may receive upon liquidation.
  – Third party estimates of value are as of a certain date and are supplied to the Firm on a regular basis by an independent valuation firm.
  – Issuer, general partner, or sponsor estimated values, if any, are supplied to the Firm by such parties and may be based on different information than third parties' estimated values.
  – Contact your Financial Advisor for additional information regarding the methodology used to determine estimated values and the date of the information that is the basis for the estimates.
  – Third party estimated values may be reflected as "Not priced "if: an independent valuation firm has not supplied or is unable to assign a value; we become aware that a material event has occurred that may call a previously reported value into question; or a value would be highly speculative due to the nature of the security.
  – When neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price.
  – "Distributions to date" may include return of capital, income, or both.
  – "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.
  – DPP and unlisted REIT securities are not listed on a national securities exchange, and are generally illiquid, and even if they can be sold, the price received may be less than the per share estimated value provided in the account statement.

**Estimated income, current yields, and rates**
An estimate of annual income is based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. Actual income and yield might be lower or higher than the estimates. Accuracy of the estimates and continued income are not guaranteed.
  – Estimated annual income and current yield may include a return of principal or capital gains in which case the estimate would be overstated.
  – An estimate of annualized income is based on the last payment made by the issuer and assumes the securities/deposits will be held for one year from the statement date or until maturity.

**Alternative periodic reporting**
Where permitted, transactions effected pursuant to a periodic plan or an investment company plan, or in shares of certain money market funds are reported on your periodic account statements in lieu of immediate trade confirmations. Additional transaction details that would ordinarily appear on the trade confirmation will be furnished upon written request.

**Dividend Reinvestment Program (DRIP)**
The price reflected is an average price. You may obtain the actual price from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares will be sold, and the cash will be deposited in your account. The dividend reinvestment price supplied by the issuer may differ from the market price at which the partial shares are sold.

**Fractional shares/ cash-in-lieu**
If you are entitled to a partial unit as a result of a dividend payment, corporate action, DRIP or otherwise, the Firm will either sell partial units at market price or accept an amount determined by a registered clearing agency, and credit your account.

**Assets not held by UBS Financial Services**
Certain assets that are not held by the Firm and not within the Firm's possession or control are displayed for your information and convenience only. Positions and values presented are provided by the issuing firm. The Firm is not responsible for this information and does not guarantee its accuracy. These assets are not protected by SIPC or the Firm's supplemental SIPC coverage.

**Revenue sharing and additional compensation**
  – In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds to our clients we and/or our affiliate receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) the amount of sales by UBS of a particular mutual fund family to our clients; and (ii) the asset value of a particular mutual fund family's shares held at the firm.
  – We and our affiliate also receive networking and omnibus processing fees in consideration for transfer agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer holding mutual funds of that fund family.
  – Our affiliates also receive trading commissions and other compensation from mutual funds whose products we distribute.

**Commissions and other charges**
Information regarding commissions and other charges related to the execution of trades, including option transactions and security futures transactions has been included on confirmations previously furnished to you, and will be provided to you promptly on request. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases and charges for unpaid amounts in cash accounts. Accounts that are transferred to other institutions may be subject to a transfer fee. If you are engaged in short selling a security, you may incur a charge due to certain borrowing costs for that particular security.

**Investment Advisory Program Fees**
Program Fees for Investment Advisory Accounts are reflected under **Account Activity This Month**. "Current Quarter Advisory Fee" represents the UBS Advisory Fee and, if applicable, SMA Manager Fees that are charged in advance on the net asset value of the account on the last day of the prior calendar quarter. The "Prior Quarter Fee Adjustment" is the change (increase or decrease) to the quarterly fee based on the average daily balance of the account for the previous quarter. Additional adjustments to the Advisory Fees for account activity in certain programs ("Pro-rated Quarter Advisory Relocation Charge," "Current Quarter Reallocation Adjustment"), initial fees ("Initial Fee") and account terminations ("Termination Fee") will also be shown. For more information, including details about our billing practices see the Form ADV Brochure at ubs.com/formadv, or contact your Financial Advisor.

**Open or "good-till-cancelled" orders**
Open buy and sell stop orders are reduced by the amount of dividends or rights on an ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

**Privacy**
To obtain a copy of our current Client Privacy Notice, please contact your Financial Advisor or visit our website at *www.ubs.com/global/en/legal/privacy/usa*.

UBS Financial Services is a member of all principal security, commodity, and options exchanges. UBS Financial Services and UBS Bank USA are indirect subsidiaries of UBS AG and affiliates of UBS Securities LLC.
A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. The Firm's executive offices are at: UBS Financial Services Inc. 1200 Harbor Boulevard Weehawken, NJ 07086

UBS Financial Services is not a bank. The RMA, Business Services Account BSA and IRMA are brokerage accounts which provide access to banking services and products through arrangements with affiliated banks and other third-party banks, and provides access to insurance and annuity products issued by unaffiliated third-party insurance companies through insurance agency subsidiaries of UBS Financial Services

**Investment, insurance, and annuity products:**
Not FDIC insured • No bank guarantee• May lose value

© UBS 2017-2023. The key symbol and UBS are among the registered and unregistered trademarks of UBS. VISA is a registered trademark owned by Visa International Service Association and used under license. The UBS Visa credit cards and the UBS Visa debit cards are issued by UBS Bank USA with permission from Visa U.S.A. Incorporated. Other marks may be trademarks of their respective owners. All rights reserved.

**UBS Financial Services Inc.**
Rev. 202307