# EXHIBIT N

Private Bank


**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Wire Transfer**
**Credit Advice**
**December 31, 2021**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ▮▮▮3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 43,000.00 |
| Transaction Date | : | December 31, 2021 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0613652B0A201 |
| Global ID Number | : | S0613652B0A201 |
| Batch Track Number | : | 657591231344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20211231/369848

Private Bank

citi®

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Wire Transfer**
**Credit Advice**
**January 26, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---:|:---:|:---|
| Account Credited | : | Current Account 3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 6,800.00 |
| Transaction Date | : | January 26, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S06202626B5201 |
| Global ID Number | : | S06202626B5201 |
| Batch Track Number | : | 657389681344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20220126/369059



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Wire Transfer**
**Credit Advice**
**January 31, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

|  |  |  |
|---|---|---|
| Account Credited | : | Current Account ████ 3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 37,000.00 |
| Transaction Date | : | January 31, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0620313905701 |
| Global ID Number | : | S0620313905701 |
| Batch Track Number | : | 657581011344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20220131/365800

**citi**®

Private Bank

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

**Wire Transfer**
**Credit Advice**
**March 25, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---:|:---:|:---|
| Account Credited | : | Current Account ███ 3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 5,500.00 |
| Transaction Date | : | March 25, 2022 |
| Sending Bank Number | : | 021000018 |
| Sending Bank Name | : | THE BANK OF NEW YORK MELLON |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| FED Reference # | : | 20220325B1Q8154C008237 |
| Global ID Number | : | F01208409BDC01 |
| Batch Track Number | : | 657402921344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20220325/362834



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Wire Transfer**
**Credit Advice**
**March 31, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

|  |  |  |
|---|---|---|
| Account Credited | : | Current Account ████ 3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 82,300.00 |
| Transaction Date | : | March 31, 2022 |
| Sending Bank Number | : | 021000018 |
| Sending Bank Name | : | THE BANK OF NEW YORK MELLON |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| FED Reference # | : | 20220331B1Q8151C033196 |
| Global ID Number | : | F01209019E6A01 |
| Batch Track Number | : | 657682641344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20220331/366382

**citi**®

Private Bank

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

**Wire Transfer**
**Credit Advice**
**May 03, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ▉3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 6,125.00 |
| Transaction Date | : | May 03, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0621232281B01 |
| Global ID Number | : | S0621232281B01 |
| Batch Track Number | : | 657880831344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2012-2019 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20220503/361192

**citi** ®

Private Bank

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

**Wire Transfer**
**Credit Advice**
**September 01, 2022**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

| | | |
|---|---|---|
| Account Credited | : | Current Account ███ 3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 30,000.00 |
| Transaction Date | : | September 01, 2022 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0622442FE8F01 |
| Global ID Number | : | S0622442FE8F01 |
| Batch Track Number | : | 657049671344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2022 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20220901/361519



Private Bank

**Citibank, N.A.**
Citi Private Bank
480 Washington Blvd
Floor 15
Jersey City, NJ 07310

Aralpa Miami Investments, LLC
President Masaryk 111
Piso 5
Col. Polanco V Seccion
Del Miguel Hidalgo
Mexico City , 11560
MEXICO

**Wire Transfer**
**Credit Advice**
**February 02, 2023**

We are pleased to confirm your incoming wire transfer. Please take a moment to review the transaction details below.

If any of the information noted below does not accurately reflect what you have requested, or if you have any questions, please contact your Citi Private Bank Representative.

Thank you for the opportunity to serve you. We value your business.

Sincerely,
Citi Private Bank

|  |  |  |
|---|---|---|
| Account Credited | : | Current Account ███ 3328 |
| Account Name | : | ARALPA MIAMI INVESTMENTS LLC |
| Transaction Amount | : | USD 6,090.00 |
| Transaction Date | : | February 02, 2023 |
| Sending Bank Number | : | VECRMXMMXXX |
| Sending Bank Name | : | VECTOR CASA DE BOLSA SA DE CV |
| By Order Party | : | RODRIGO LEBOIS MATEOS 102334 |
| DEX Reference # | : | S0630332FFDA01 |
| Global ID Number | : | S0630332FFDA01 |
| Batch Track Number | : | 657564901344 |
| Details of Payment | : | PAGO |

PLEASE RETAIN FOR YOUR RECORDS

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup.  Not all products and services are provided by all affiliates or are available at all locations.

Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

© Copyright 2022 Citigroup Inc., All Rights Reserved Citibank, N.A. Member FDIC

59/AR254664119-0007/20230202/362397