# EXHIBIT S

**PERSONAL FINANCIAL STATEMENT**

RODRIGO LEBOIS MATEOS
August 30th, 2019

| **ASSETS** | | **LIABILITIES** | |
|---|---|---|---|
| Cash | $ 11,500,000.00 | Secured Debt | $ 50,000,000.00 |
| Public Investments | | Personal Real Estate Mortgage | $ 10,000,000.00 |
|   Unifin | $ 320,000,000.00 | | |
|   Others | $ 38,000,000.00 | | |
| Personal Real Estate | $ 65,000,000.00 | | |
| Commercial/Investments Real State | $ 8,200,000.00 | **Total Liabilities** | $ 60,000,000.00 |
| Private Investments | $ 95,000,000.00 | **Net Worth** | $ 571,700,000.00 |
| Personal Property, Art & Vehicles | $ 94,000,000.00 | | |
| **Total Assets** | **$ 631,700,000.00** | | |

**CASH FLOW**

| | |
|---|---|
| Gross Salary | $ 5,750,000.00 |
| Interest Income | $ 2,800,000.00 |
| Dividend Income | $ 10,000,000.00 |
| Bonus | $ 5,000,000.00 |
| **Total Income** | **$ 23,550,000.00** |
| | |
| Living Expenses | $ (2,700,000.00) |
| Mortgage Interest | $ (300,000.00) |
| Interest Expenses | $ (1,100,000.00) |
| **Total Expenses** | **$ (4,100,000.00)** |
| **Cash Flow** | **$ 19,450,000.00** |

_____
Rodrigo Lebois Mateos