# EXHIBIT U

**PERSONAL FINANCIAL STATEMENT**

RODRIGO LEBOIS MATEOS
December 31st, 2020
*(Figures in USD)*

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| **Cash** | $ | 13,980,000.00 | Secured Debt | $ | 40,000,000.00 |
| **Marketable Securities** *(Including Series VRX and Maxcom Telecomunicaciones)* | $ | 76,024,000.00 | Personal Real Estate Mortgage | $ | 11,690,000.00 |
| **Public Investments** | $ | 351,573,725.15 | | | |
|   Unifin *Financiera* | $ | 351,573,725.15 | **Total Liabilities** | $ | 51,690,000.00 |
| **Private Investments** | $ | 178,533,070.40 | | | |
|   Caye Chapel *(Four Seasons Hotel in Belize)* | $ | 36,450,000.00 | | | |
|   LBB Capital SA de CV *(Holding Company of Private Equity Investments)* | $ | 39,281,000.00 | | | |
|   Fracsa Alloys SA de CV | $ | 25,000,000.00 | | | |
|   Marques de Salamanca *(39.29% stake in building for development in Madrid, Spain)* | $ | 24,818,025.60 | | | |
|   Hyatt Project CDMX/Los Cabos | $ | 17,283,000.00 | | | |
|   Real Estate Fund in Spain | $ | 10,601,044.80 | | | |
|   Private Equity Investments in Mexico | $ | 25,100,000.00 | | | |
| **Personal Real Estate** | $ | 76,670,840.00 | | | |
|   Real Estate MX | $ | 38,950,000.00 | | | |
|   Madrid, Spain | $ | 14,070,840.00 | | | |
|   NY, NY | $ | 8,700,000.00 | | | |
|   Vail, CO | $ | 8,000,000.00 | | | |
|   Miami, FL *(Fisher Island and the Bond in Brickell)* | $ | 5,950,000.00 | | | |
|   Houston, TX | $ | 1,000,000.00 | | | |
| **Personal Property, Art & Jewlery** | $ | 70,380,000.00 | | | |
|   Jewlery | $ | 28,480,000.00 | | | |
|   Art | $ | 19,650,000.00 | | | |
|   Boats | $ | 18,850,000.00 | **Net Worth** | $ | 715,471,635.55 |
|   Others | $ | 3,400,000.00 | | | |
| **Total Assets** | $ | 767,161,635.55 | | $ | 767,161,635.55 |

**CASH FLOW**

| | | |
|---|---|---|
| Gross Salary | $ | 6,325,000.00 |
| Interest Income | $ | 2,800,000.00 |
| Dividend Income | $ | 12,000,000.00 |
| Bonus | $ | 6,200,000.00 |
| **Total Income** | $ | 27,325,000.00 |
| | | |
| Living Expenses | $ | (2,850,000.00) |
| Mortgage Interest | $ | (372,250.00) |
| Interest Expenses | $ | (820,000.00) |
| **Total Expenses** | $ | (4,042,250.00) |
| | | |
| **Cash Flow** | $ | 23,282,750.00 |

_____
Rodrigo Lebois Mateos