# EXHIBIT V

**PERSONAL FINANCIAL STATEMENT**

RODRIGO LEBOIS MATEOS
June 30th, 2021
*(Figures in USD)*

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| **Cash** | $ | 13,625,000.00 | Secured Debt | $ | 35,000,000.00 |
| **Marketable Securities** *(Including Series VRX and Maxcom Telecomunicaciones)* | $ | 76,145,000.00 | Personal Real Estate Mortgage | $ | 11,690,000.00 |
| **Public Investments** | $ | 389,886,741.02 | | | |
| Unifin *Financiera* | $ | 389,886,741.02 | **Total Liabilities** | $ | 46,690,000.00 |
| **Private Investments** | $ | 183,093,000.00 | | | |
| Caye Chapel *(Four Seasons Hotel in Belize)* | $ | 36,450,000.00 | | | |
| LBB Capital SA de CV *(Holding Company of Private Equity Investments)* | $ | 39,281,000.00 | | | |
| Fracsa Alloys SA de CV | $ | 25,000,000.00 | | | |
| Marques de Salamanca *(39.29% stake in building for development in Madrid, Spain)* | $ | 24,818,000.00 | | | |
| Hyatt Project CDMX/Los Cabos | $ | 17,394,000.00 | | | |
| Real Estate Fund in Spain | $ | 15,050,000.00 | | | |
| Private Equity Investments in Mexico | $ | 25,100,000.00 | | | |
| **Personal Real Estate** | $ | 75,615,000.00 | | | |
| Real Estate MX | $ | 38,950,000.00 | | | |
| Madrid, Spain | $ | 13,965,000.00 | | | |
| NY, NY | $ | 8,700,000.00 | | | |
| Vail, CO | $ | 9,250,000.00 | | | |
| Miami, FL *(Fisher Island)* | $ | 3,750,000.00 | | | |
| Houston, TX | $ | 1,000,000.00 | | | |
| **Personal Property, Art & Jewlery** | $ | 71,780,000.00 | | | |
| Jewlery | $ | 28,520,000.00 | | | |
| Art | $ | 21,010,000.00 | | | |
| Boats | $ | 18,850,000.00 | **Net Worth** | $ | 763,454,741.02 |
| Others | $ | 3,400,000.00 | | | |
| **Total Assets** | $ | 810,144,741.02 | | $ | 810,144,741.02 |

**CASH FLOW**

| | | |
|---|---|---|
| Gross Salary | $ | 7,200,000.00 |
| Interest Income | $ | 1,650,000.00 |
| Dividend Income | $ | 5,500,000.00 |
| Bonus | $ | 6,350,000.00 |
| **Total Income** | $ | 20,700,000.00 |
| | | |
| Living Expenses | $ | (3,050,000.00) |
| Mortgage Interest | $ | (350,700.00) |
| Interest Expenses | $ | (820,000.00) |
| **Total Expenses** | $ | (4,220,700.00) |
| | | |
| **Cash Flow** | $ | 16,479,300.00 |

Rodrigo Lebois Mateos