# EXHIBIT W

**PERSONAL FINANCIAL STATEMENT**

RODRIGO LEBOIS MATEOS AND FAMILY
March 31st, 2022
*(Figures in USD)*

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash | $ | 5,960,000.00 | Secured Debt | $ | 35,000,000.00 |
| *Short Term Account Receivables*** | $ | 11,900,000.00 | Personal Real Estate Mortgage | $ | 11,690,000.00 |
| **Marketable Securities** *(Including Series VRX)* | $ | 31,234,600.00 | | | |
| **Public Investments** | $ | 307,913,562.16 | **Total Liabilities** | $ | 46,690,000.00 |
|   Unifin *Financiera* | $ | 307,913,562.16 | | | |
| **Private Investments** | $ | 199,129,400.00 | | | |
|   Caye Chapel *(Four Seasons Hotel in Belize)* | $ | 39,545,000.00 | | | |
|   LBB Capital SA de CV *(Holding Company of Private Equity Investments)* | $ | 41,931,000.00 | | | |
|   Marques de Salamanca *(39.29% stake in building for development in Madrid, Spain)* | $ | 26,855,900.00 | | | |
|   Hyatt Project CDMX/Los Cabos | $ | 21,650,000.00 | | | |
|   Real Estate Fund in Spain | $ | 25,974,000.00 | | | |
|   Private Equity Investments in Mexico | $ | 43,173,500.00 | | | |
| **Personal Real Estate** | $ | 67,915,000.00 | | | |
|   Real Estate MX | $ | 38,950,000.00 | | | |
|   Madrid, Spain *(Includes home in Cadiz)* | $ | 14,765,000.00 | | | |
|   NY, NY | $ | 8,950,000.00 | | | |
|   Miami, FL *(Fisher Island)* | $ | 4,250,000.00 | | | |
|   Houston, TX | $ | 1,000,000.00 | | | |
| **Personal Property, Art & Jewlery** | $ | 81,620,000.00 | | | |
|   Jewlery | $ | 28,950,000.00 | | | |
|   Art | $ | 30,100,000.00 | | | |
|   Boats | $ | 18,850,000.00 | **Net Worth** | $ | 658,982,562.16 |
|   Others | $ | 3,720,000.00 | | | |
| **Total Assets** | $ | 705,672,562.16 | | $ | 705,672,562.16 |

**Short Term account receivables will be materialized:
1) Sale of condominum in Vail, CO. Closing Date is May 2nd, 2022
2) Commission from asset sale. Closing Date is April 30th, 2022

**CASH FLOW**

| | | |
|---|---|---|
| Gross Salary | $ | 7,325,000.00 |
| Interest Income | $ | 2,800,000.00 |
| Dividend Income | $ | 10,000,000.00 |
| Bonus | $ | 6,200,000.00 |
| **Total Income** | $ | 26,325,000.00 |
| | | |
| Living Expenses | $ | (3,150,000.00) |
| Mortgage Interest | $ | (350,700.00) |
| Interest Expenses | $ | (820,000.00) |
| **Total Expenses** | $ | (4,320,700.00) |
| | | |
| **Cash Flow** | $ | 22,004,300.00 |

*(signature)*

Rodrigo Lebois Mateos