# EXHIBIT X

**PERSONAL FINANCIAL STATEMENT**

RODRIGO LEBOIS MATEOS AND FAMILY
June 30th, 2022
*(Figures in USD)*

| ASSETS | | LIABILITIES | |
|---|---:|---|---:|
| Cash | $ 14,835,000.00 | Secured Debt | $ 35,000,000.00 |
| **Marketable Securities** *(Including Series VRX)* | $ 32,678,450.00 | Personal Real Estate Mortgage | $ 7,670,000.00 |
| **Public Investments** | $ 223,984,785.91 | | |
| Unifin *Financiera* | $ 223,984,785.91 | **Total Liabilities** | $ 42,670,000.00 |
| **Private Investments** | $ 200,829,400.00 | | |
| Caye Chapel *(Four Seasons Hotel in Belize)* | $ 39,545,000.00 | | |
| LBB Capital SA de CV *(Holding Company of Private Equity Investments)* | $ 41,931,000.00 | | |
| Marques de Salamanca *(39.29% stake in building for development in Madrid, Spain)* | $ 26,855,900.00 | | |
| Hyatt Project CDMX/Los Cabos | $ 21,650,000.00 | | |
| Real Estate Fund in Spain | $ 25,974,000.00 | | |
| Private Equity Investments in Mexico | $ 44,873,500.00 | | |
| **Personal Real Estate** | $ 75,800,000.00 | | |
| Real Estate MX | $ 44,300,000.00 | | |
| Madrid, Spain *(Includes home in Cadiz)* | $ 17,250,000.00 | | |
| NY, NY | $ 9,120,000.00 | | |
| Miami, FL *(Fisher Island)* | $ 4,250,000.00 | | |
| Houston, TX | $ 880,000.00 | | |
| **Personal Property, Art & Jewlery** | $ 83,620,000.00 | | |
| Jewlery | $ 28,950,000.00 | | |
| Art | $ 32,100,000.00 | | |
| Boats | $ 18,850,000.00 | **Net Worth** | $ 589,077,635.91 |
| Others | $ 3,720,000.00 | | |
| **Total Assets** | $ 631,747,635.91 | | $ 631,747,635.91 |

**CASH FLOW**

| | |
|---|---:|
| Gross Salary | $ 7,325,000.00 |
| Interest Income | $ 2,800,000.00 |
| Dividend Income | $ 10,000,000.00 |
| Bonus | $ 6,200,000.00 |
| **Total Income** | $ 26,325,000.00 |
| | |
| Living Expenses | $ (2,950,000.00) |
| Mortgage Interest | $ (254,100.00) |
| Interest Expenses | $ (820,000.00) |
| **Total Expenses** | $ (4,024,100.00) |
| | |
| **Cash Flow** | $ 22,300,900.00 |

_____
Rodrigo Lebois Mateos