# EXHIBIT Y

**From:** John Conte John.Conte@kobrekim.com
**Subject:** RE: [EXTERNAL] Aralpa—for settlement purposes
**Date:** August 28, 2023 at 10:01 PM
**To:** Rubin, Samuel J.  SRubin@goodwinlaw.com
**Cc:** Daniel J. Saval  Daniel.Saval@kobrekim.com

***EXTERNAL***

***Subject to FRE 408 – Settlement Communication***

Sam,

Thank you for your email. As Dan mentioned, I spoke with Almudena about Citibank's proposal and meeting in New York this week.



With respect to Citibank's August 2nd proposal, Almudena had the following feedback:

- 

- On collateral, Mr. Lebois has offered the New York apartment, held by a non-loan party, that Citibank would not be able to look to as recourse under the loan. Mr. Lebois is also willing to provide other real property located in Houston, Texas that Citibank would not be able to otherwise look to.

- Mr. Lebois previously offered artwork and jewelry and would like to understand why these assets would not be acceptable to Citibank. Mr. Lebois is also willing to explore alternatives for selling and/or monetizing these assets to pay down the loan (e.g., through obtaining financing from a third party lender based on the art/jewelry and using proceeds to paydown the Citi loan).

As mentioned, Rodrigo and Almudena will be in New York this week and are available to meet with Citibank between on Thursday at 11am or 4p ET or Friday at 10am ET between their other existing business obligations.  We think that these discussions would be productive and, at the very minimum, provide Citibank with a better understanding of Mr. Lebois' financial situation.

We look forward to hearing from you.

Best,

John Conte
+1 646 453 1172

[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.