# EXHIBIT I

**From:** [quattrofa.com] Jose Luis Llamas <jose.llamas@quattrofa.com>
**Sent:** martes, 2 de agosto de 2022 07:03 p. m.
**To:** Sanchez, Kathia Viridiana [PBW-GWM]; Salgado, Lawrence [PBW-GWM]; Feldhaus, Erik [PBW-GWM]
**Subject:** Rdrigo Lebois

---

**This Message is From an External Sender**
This message came from outside of your organization.

---

Estimada Kathia y Lawrence,

Despise de las conversaciones sostenidas la semana anterior quiero solicitarles de manera formal extender el waver que tienen con el credito de Rodrigo Lebois hasta el 15 de Octubre de este ano.

Sin mas por el momento quedo a sus ordenes para cualquier aclaración

Saludos

_____

Jose Luis Llamas
Quattro Financial Advisors
D:+ 1 281 323 4007
M: + 1 917 930 6661
Email: jose.llamas@quattrofa.com
1725 Hughes Landing Blvd.
Suite 845
The Woodlands Texas 77380

_____

Este correo electrónico podría contener información confidencial y privilegiada. Si no es el destinatario del mismo, por este medio le notificamos que está estrictamente prohibido darlo a conocer a persona alguna, así como reproducirlo o copiarlo. Si recibe este mensaje por error, favor de notificarlo al remitente de inmediato y borrarlo de su equipo.

This e-mail message may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.