UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>               Plaintiff,<br><br>-against-<br><br>ARALPA HOLDINGS LIMITED PARTNERSHIP AND RODRIGO LEBOIS MATEOS,<br><br>               Defendants. | Case No. 22-cv-08842 (JLR) |

### DECLARATION OF ADAM KAUFF

Pursuant to 28 U.S.C. § 1746, I, Adam Kauff, declare as follows:

1. I am a partner in the law firm Kauff Laton Miller LLP and counsel to Citibank, N.A. ("Citibank"), the Plaintiff in the above-captioned action. I respectfully submit this declaration in support of Citibank's motion for the issuance of a writ of execution and turnover order against One57 36B LLC ("One57") and Aralpa Miami Investments LLC ("Aralpa Miami"), for prejudgment attachment and a temporary restraining order against One57 and Aralpa Miami, and to compel Rodrigo Lebois Mateos to provide responses to the information subpoena served on him.

2. Attached hereto as Exhibit A is a true and correct copy of a letter in support of Plaintiff's request for ex parte relief.

3. Attached hereto as Exhibit B is a true and correct copy of a proposed Order of Attachment.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2023.

                                                                                _____
                                                                                Adam Kauff