# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

December 15, 2023

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re: *Citibank, N.A. v. Aralpa Holdings Limited Partnership et al.*, 1:22-CV-08842 (JLR)

Dear Judge Rochon:

We represent Defendants Aralpa Holdings Limited Partnership and Rodrigo Lebois Mateos (together, "Defendants") in the above-captioned matter. Defendants submit this letter following notifications of sealed docket entries filed by Plaintiff Citibank, N.A. ("Citibank") on December 14 and 15 entitled: (1) Ex-Parte Proposed Order to Show Cause with Emergency Relief (ECF 76); (2) Ex-Parte Memorandum of Law (ECF 77); (3) Ex-Parte Declaration of Bruno Plotnicki (ECF 78); (4) Ex-Parte Declaration of Mario Meza (ECF 79); and (5) Ex-Parte Declaration of Adam Kauff (ECF 80). The papers were filed under seal without copies being provided to Defendants.

Defendants respectfully request that the Court require that copies of the papers be provided to Defendants and that Defendants be permitted an opportunity to respond before the Court takes any action on Citibank's papers. The reason for requesting that any relief be sought on notice is that Citibank previously sought pre-judgment attachment based on stale and inaccurate information taken from the internet without confirming the details with counsel. *See* ECF 44 (seeking immediate relief based on the sale of a yacht owned by a third party that had been sold almost a year earlier). Citibank also sought *ex parte* relief in Spain, which the first instance and appellate courts denied. *Id*. Based on this history, Defendants request an opportunity to respond to any relief Citibank may be seeking to ensure the Court considers any requests for relief on an accurate factual record. In addition, if *ex parte* relief is issued, Citibank should be required to post a monetary bond—and if Citibank seeks relief in the form of a restraint on assets, that bond should be in the amount of at least the value of those assets.

Americas (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Carribean (BVI, Cayman Islands), EMEA (Cyrpus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Jennifer L. Rochon
December 15, 2023
Page 2

    We thank Your Honor for your consideration of these matters.

                        Respectfully submitted,

                        /s/ Daniel J. Saval
                        Daniel J. Saval

                        *Attorney for Defendants Aralpa Holdings Limited Partnership and Rodrigo Lebois Mateos*

cc: All Counsel of Record (*by ECF*)