# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

*The request to conduct the conference on December 19, 2023, remotely is GRANTED. Counsel will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.*

*Dated: December 18, 2023*
*New York, New York*

December 18, 2023

SO ORDERED.

*[signature]*

**JENNIFER L. ROCHON**
**United States District Judge**

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:  *Citibank, N.A. v. Aralpa Holdings Limited Partnership et al.*, 1:22-CV-08842 (JLR)

Dear Judge Rochon:

Kobre & Kim LLP represents Defendants Aralpa Holdings Limited Partnership and Rodrigo Lebois Mateos (together, "Defendants") in the above-captioned matter.

I am lead counsel for Defendants and tested positive for COVID-19 this past weekend. Under the Southern District of New York's COVID-19 protocol,[1] I am prohibited from entering the courthouse as a result of testing positive. Accordingly, Defendants respectfully request that the December 19 conference be held remotely.

Counsel has conferred with Citibank N.A.'s counsel regarding this matter, who has consented to the conference being conducted remotely. In accordance with Rule 2(B) of Your Honor's Individual Rules, a list of the names, telephone numbers, and email addresses of counsel who may speak during the conference is below:

| | |
|---|---|
| **Kauff Laton Miller LLP** | **Kobre & Kim LLP** |
| Adam Kauff | Daniel J. Saval |
| (212) 906-3441 | (212) 488-1259 |
| akauff@klmllp.com | daniel.saval@kobrekim.com |
| | |
| Jon Perrelle | *Counsel for Aralpa Holdings Limited* |
| (212) 906-3445 | *Partnership and Rodrigo Lebois* |
| jperrelle@klmllp.com | *Mateos* |
| | |
| *Counsel for Citibank, N.A.* | |

---

[1] COVID-19 Protocols Following Positive Diagnosis, Symptoms or Exposure to COVID-19, dated March 13, 2023 (rev. April 15, 2022; April 28, 2022; May 19, 2022; May 20, 2022; July 15, 2022).

Americas (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Carribean (BVI, Cayman Islands), EMEA (Cyrpus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Jennifer L. Rochon
December 18, 2023
Page 2

    I thank Your Honor for your consideration of this matter.

                                                  Respectfully submitted,

                                                  /s/ Daniel J. Saval
                                                  Daniel J. Saval

                                                  *Attorney for Aralpa Holdings*
                                                  *Limited Partnership and Rodrigo*
                                                  *Lebois Mateos*

cc: All Counsel of Record (*by ECF*)