IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A., <br><br>    *Plaintiff*, <br><br> v. <br><br> ARALPA HOLDINGS LIMITED PARTNERSHIP AND RODRIGO LEBOIS MATEOS, <br><br>    *Defendants*. | No. 22-cv-08842 (JLR) |

### DECLARATION OF ALMUDENA LEBOIS OCEJO

Pursuant to 28 U.S.C. § 1746, I, Almudena Lebois Ocejo, declare as follows:

1.    I am the daughter of Defendant Rodrigo Lebois Mateos ("Lebois") and handle and am familiar with certain of his business affairs. I make this declaration based on my personal knowledge, and upon my review of documents. I submit this declaration in support of Third Parties' and Defendants' Opposition to Citibank N.A.'s Motion for the Issuance of a Writ of Execution and Turnover Order to Enforce Judgment Against One57 36B, LLC and Aralpa Miami Investments LLC, For Prejudgment Attachment, and to Compel Responses to Information Subpoena.

2.    In 2017, Lebois began discussions with Citi Private Bank, an affiliate of Citibank, about entering a private banking relationship. In connection with those discussions, Lebois and his representatives provided financial and legal information to Citibank about real estate, private investments, and assets owned by affiliated corporate entities. This included information about Unifin Financiera, S.A.B. de C.V.

1

3. The Citibank Multi-Draw Term Note ("Note") that is the subject of these proceedings was initially issued in 2017 and amended four times, reflecting paydowns of $15 million in 2020. During the underwriting and term of the Note, Lebois and his representatives provided Citibank with information about assets owned by Aralpa Miami and One57, but those assets were not pledged as collateral.

4. The property at 5034 Fisher Island Drive, Unit 5034, Miami Beach, Florida, was an investment property and whenever Lebois or his family stayed there, rent was paid to Aralpa Miami.

5. Lebois holds no position with Aralpa Capital S.A., de CV ("Aralpa Capital"). Gerardo Tietszch and I are the Managing Directors of Aralpa Capital.

6. As Manager of Aralpa Miami Investments LLC ("Aralpa Miami") and One57 36B, LLC ("One57"), I handle all operational matters and decisions for those companies.

7. Before the Summer of 2022, during negotiations with Citibank to address certain alleged events of default under the Note, Citibank proposed that Lebois pledge additional Unifin shares as collateral. In the Summer of 2022, I was involved in further negotiations in which Citibank advised that pledging additional Unifin shares would not be acceptable, and proposed that it receive a security interest in, among other things, the assets of One57 and Aralpa Miami, acknowledging they were both owned by Aralpa Capital. The parties did not agree on Citibank obtaining a security interest in the assets of One57 and Aralpa Miami.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed:    January 11, 2024

                                                Almudena Lebois Ocejo