UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>    Plaintiff,<br><br>  -against-<br><br>ARALPA HOLDINGS LIMITED PARTNERSHIP AND RODRIGO LEBOIS MATEOS,<br><br>    Defendants. | Case No. 22-cv-08842 (JLR) |

## DECLARATION OF BRUNO PLOTNICKI

Pursuant to 28 U.S.C. § 1746, I, Bruno Plotnicki, declare as follows:

1. I am a Risk Senior Credit Officer of Citi Private Bank, a business that offers banking services through Citibank, N.A. ("Citibank"), and have been employed at Citibank since 1999.

2. I make this declaration based on my personal knowledge and in support of Citibank's motion for the issuance of a writ of execution and turnover order against One57 36B LLC ("One57") and Aralpa Miami Investments LLC ("Aralpa Miami"), for prejudgment attachment against One57 and Aralpa Miami, and to compel Rodrigo Lebois Mateos to provide responses to the information subpoena served on him.

3. Citibank is a national banking association organized under the laws of the United States.

4. Citibank's main office, as listed in its federal charter, is located in Sioux Falls, South Dakota.

5. Citibank's principal place of business is located at 388 Greenwich Street, New York, New York 10013.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed:  January 17, 2024
           Sao Paulo, Brazil

_____
Bruno Plotnicki