# EXHIBIT A

From: **John Conte** John.Conte@kobrekim.com 📎
Subject: RE: [EXTERNAL] Citibank v. Lebois and Aralpa | Information Subpoena
Date: December 6, 2023 at 12:04 PM
To: Jon Perrelle jperrelle@klmllp.com
Cc: Daniel J. Saval Daniel.Saval@kobrekim.com, Lara Levinson lara.levinson@kobrekim.co.uk, Rachel Warren Rachel.Warren@kobrekim.com, Adam Kauff akauff@klmllp.com, Rubin, Samuel J. SRubin@goodwinlaw.com, Hoyle, Lindsay E LHoyle@goodwinlaw.com

JC

Jon,



Separately, the request to provide a list of assets of third parties that are not judgment debtors is inappropriate for the reasons set forth in Mr. Lebois' responses and objections served on November 16. Regarding artwork, we are in the process of reviewing the list attached to your email and will provide information on art pieces, if any, owned by Mr. Lebois and/or Aralpa Holdings.

Best,


John Conte
+1 646 453 1172

# KOBRE & KIM

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Jon Perrelle <jperrelle@klmllp.com>
**Sent:** Friday, December 1, 2023 3:14 PM
**To:** John Conte <John.Conte@kobrekim.com>
**Cc:** Daniel J. Saval <Daniel.Saval@kobrekim.com>; Lara Levinson <lara.levinson@kobrekim.co.uk>; Rachel Warren <Rachel.Warren@kobrekim.com>; Adam

Kauff <akauff@klmllp.com>; Rubin, Samuel J. <SRubin@goodwinlaw.com>; Hoyle, Lindsay E <LHoyle@goodwinlaw.com>
**Subject:** [EXTERNAL] Citibank v. Lebois and Aralpa l Information Subpoena

John,

In the Judgment Debtors' information subpoena responses, they identified the following assets, among others, as being owned by them:



Please let us know whether Mr. Lebois and Aralpa will agree to transfer these assets to Citibank in partial satisfaction of the judgment.

Additionally, although Mr. Lebois said he is unable to provide valuations of his ownership interests in the entities listed in response to Question No. 8, can he please provide a list of the assets that each of the following entities holds:



Finally, can Mr. Lebois provide the requested information (location, value, and title) for the artwork in the attached list that was previously sent to Citi on his behalf?

Regards,
Jon

Jonathan Perrelle
Kauff Laton Miller LLP
950 Third Avenue
New York, New York 10022
Office:  212.906.3445
Mobile:  845.416.4133
Fax:  212.656.1456
Email:  jperrelle@klmllp.com

Email:  jperrelle@klmllp.com
www.klmllp.com