UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITIBANK, N.A.,

                        Plaintiff,                        22 **CIVIL** 8842 (JLR)

        -against-                            **JUDGMENT**
                                                        **For Attorney's Fees**

ARALPA HOLDINGS LIMITED
PARTNERSHIP and RODRIGO LEBOIS
MATEOS,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 04, 2024, Plaintiff is awarded attorney's fees in the amount of $2,016,810.28. The Court GRANTS IN PART Plaintiff's motion for attorneys' fees. Specifically: Plaintiff's initial request for fees in the amount of $1,504,755.58 (Br. at 9) is GRANTED in full; Plaintiff's supplemental request for fees paid to Goodwin Proctor LLP in the amount of $165,448.37 (4/19/24 Pl. Ltr. at 2) is GRANTED in full; Plaintiff's supplemental request for fees paid to Kauff Laton Miller LLP in the amount of $226,125.97 (id. at 3) is GRANTED in full; Plaintiff's supplemental request for fees paid to Linklaters in the amount of $56,957.24 (id. at 2) is reduced by 20 percent to $45,565.79 and, as reduced, is GRANTED; Plaintiff's supplemental request for fees paid to McMillan LLP in the amount of $93,643.21 (id.) is reduced by 20 percent to $74,914.57 and, as reduced, is GRANTED; and Plaintiff's supplemental request for fees paid to Martinez Algaba de Haro y Curiel in the amount of $36,442.84 (id. at 3) is DENIED in full.

**Dated:** New York, New York
06/21/2024

                                                          **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

**BY:** _____
                                                      **Deputy Clerk**