UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>        Plaintiff,<br><br>  -against-<br><br>ARALPA HOLDINGS LIMITED PARTNERSHIP and RODRIGO LEBOIS MATEOS,<br><br>        Defendants. | Case No. 1:22-cv-08842 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The temporary restraining order issued on August 15, 2024 (ECF No. 132) was issued at 5:00 p.m. Also, as stated on the record at the hearing on August 15, 2024, Plaintiff must immediately post a bond of $2,000.00.

Dated: August 16, 2024
   New York, New York

               SO ORDERED.

               *Jennifer Rochon*
               JENNIFER L. ROCHON
               United States District Judge

1