UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

                      Plaintiff,

-against-

ARALPA HOLDINGS LIMITED PARTNERSHIP
and RODRIGO LEBOIS MATEOS,

                      Defendants.

Case No. 1:22-cv-08842 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On February 16, 2024, the Court stayed pending appeal the portion of its judgment in *Citibank, N.A. v. Aralpa Holdings Ltd. Partnership*, 718 F. Supp. 3d 416 (S.D.N.Y. 2024) that granted Plaintiff's motion for a writ of execution and turnover order as to the assets of One57 36B, LLC and Aralpa Miami Investments LLC. Dkt. 110 at 7-8. On January 24, 2025, the Second Circuit affirmed the judgment of this Court by summary order. *Citibank, N.A. v. Aralpa Holdings Ltd. P'ship*, No. 24-423, 2025 WL 289499, at *4 (2d Cir. Jan. 24, 2025). The mandate issued on February 18, 2025. Dkt. 157. Accordingly, the stay of the writ of execution and turnover order entered at Dkt. 110 is hereby LIFTED.

Dated: February 28, 2025
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge