UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>                           Plaintiff,<br><br>-against-<br><br>ARALPA HOLDINGS LIMITED PARTNERSHIP and RODRIGO LEBOIS MATEOS,<br><br>                           Defendants. | Case No. 1:22-cv-08842 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

As stated at the discovery conference held before the Court on February 28, 2025, Plaintiff's motion for the Court to impose a deadline for discovery is GRANTED. *See* Dkts. 153, 155. The deadline for Defendant Rodrigo Lebois Mateos to produce all non-privileged documents responsive to the Subpoena that are in his possession, custody, or control, including documents in the possession of third parties from whom he has the right, authority, or practical ability to obtain documents, such as his accountants and lawyers, is **March 14, 2025**. Counsel for Lebois is expected to appropriately supervise the collection and production of documents and information.

Given the confidential financial and personal information contained in the documents, the Court will also GRANT Plaintiff's motion to seal. *See* Dkt. 154. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 153, 154, and 155.

Dated: February 28, 2025
           New York, New York

                                                                           SO ORDERED.

                                                                           *Jennifer Rochon*
                                                                           JENNIFER L. ROCHON
                                                                           United States District Judge

1