# Kauff Laton Miller LLP

950 Third Avenue, 15th Floor
New York, NY 10022

Adam Kauff
(212) 906-3441
akauff@klmllp.com

May 2, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Courthouse
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re: **Citibank, N.A. v. Aralpa Holdings Limited Partnership, et al.
Case No. 22-CV-08842 (JLR)**

Dear Judge Rochon:

We are counsel for Plaintiff Citibank, N.A. ("Citibank") in the above-referenced action. We write to notify the Court and Defendants Aralpa Holdings Limited Partnership and Rodrigo Lebois Mateos (together, "Defendants") that Citibank has filed Exhibits 1, 2, and 4 to the Declaration of Adam Kauff, dated May 2, 2025, with redactions.

Exhibits 1 and 2 (Citibank's October 11, 2024 Subpoena to Mr. Lebois and Mr. Lebois's Responses and Objections) have been filed with redactions of information taken from Mr. Lebois's November 16, 2023 Information Subpoena Response. By Order dated February 28, 2025, the Court granted Citibank's motion to file these two Exhibits with the same proposed redactions. *See* February 28, 2025 Order (ECF 160). Accordingly, Citibank respectfully requests that the Court grant the same relief and permit the redaction of the information on Exhibits 1 and 2 that was taken from Mr. Lebois's Information Subpoena Response.

Exhibit 4 (emails sent and/or received by the email accounts of Mr. Lebois and his representative) contains redactions of home addresses for Mr. Lebois that Citibank redacted in accordance with the SDNY ECF Privacy Policy. Citibank is filing the unredacted version under seal because of its relevance to its letter motion to compel and for other relief.

Given the confidential financial and personal information contained in the documents, the Court will GRANT Plaintiff's motion to seal. *See* Dkt. 160.

Respectfully,

/s/ Adam Kauff

Adam Kauff

Date: May 6, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON
United States District Judge**

Kauff Laton Miller LLP