UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

                                    Plaintiff,

              -against-

ARALPA HOLDINGS LIMITED PARTNERSHIP
and RODRIGO LEBOIS MATEOS,

                                    Defendants.

Case No. 1:22-cv-08842 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated at the hearing on May 13, 2025, the motion filed by Kobre &
Kim LLP to withdraw as counsel, Dkt. 172, is DENIED; the motion filed by Plaintiff
Citibank, N.A. ("Plaintiff") for sanctions in the amount of attorneys' fees associated with
making the motion to compel, Dkt. 179, is DENIED; and Plaintiff's motion to compel, Dkt.
179, is GRANTED as set forth below.

(1) Defendant Rodrigo Lebois Mateos is ordered to pay for a third-party vendor, selected
by his counsel Kobre & Kim, to collect ESI, including emails electronically stored
documents, from his accounts and those of his daughter, Almudena Lebois Ocejo, by
**June 10, 2025**.  The parties are directed to negotiate reasonable search terms for that
collection by **June 10, 2025**.  The documents may be reviewed by third-party contract
attorneys for purpose of production and Defendant Lebois shall produce responsive
documents by **July 8, 2025**.

(2) Defendant Lebois shall provide Plaintiff with a declaration listing all the third-party
agents used during the relevant time period, including accountants, lawyers, or other
advisors, by **June 10, 2025**.

(3) Defendant Lebois shall provide Plaintiff with a declaration detailing the particulars of

his complete search for responsive documents by **June 10, 2025**.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 172 and 179.

Dated:  May 13, 2025
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge