UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A., <br><br>                               Plaintiff, <br><br> -against- <br><br> ARALPA HOLDINGS LIMITED PARTNERSHIP and RODRIGO LEBOIS MATEOS, <br><br>                             Defendants. | Case No. 1:22-cv-08842 (JLR) <br><br> **<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated at the hearing on September 2, 2025, Kobre & Kim's motion to withdraw, Dkt. 206, is DENIED as moot due to the appearance of substitute counsel, Dkt. 214. Kobre & Kim are hereby relieved as counsel in this matter. Ford O'Brien Landy LLP shall now represent Defendants Aralpa Holdings Limited Partnership and Rodrigo Lebois Mateos, and Third Parties One57 36B, LLC and Aralpa Miami Investments LLC.

As further discussed on the record at the conference and with the consent of all appearing parties, in order to permit Defendants' new counsel to familiarize himself with the record, it is hereby ORDERED as follows:

- Defendants' and Aralpa Miami Investments LLC's opposition to the Order to Show Cause shall be due no later than **September 16, 2025 at 5:00 p.m.**;

- Plaintiff's response shall be due no later than **September 23, 2025 at 5:00 p.m.**;

1

- The Order to Show Cause hearing currently scheduled for September 8, 2025, shall be adjourned to **September 29, 2025 at 2:00 p.m**.; and

- On the consent of all restrained parties, the TRO shall remain in place until the Court resolves the order to show cause issued at Dkt. 195.

The Clerk of Court is respectfully requested to terminate the motions at Dkts. 197, 206, and 209.

Dated: September 3, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge