UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>          Plaintiff,<br><br>  -against-<br><br>ARALPA HOLDINGS LIMITED PARTNERSHIP and RODRIGO LEBOIS MATEOS,<br><br>          Defendants. | Case No. 1:22-cv-08842 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Plaintiff's letter requesting that the Court either extend the temporary restraining order against Aralpa Investments, LLC for good cause shown or issue a new temporary restraining order against Aralpa Investments. Dkt. 216. Aralpa Investments, LLC continues to be bound by the temporary restraining order, Dkt. 195, as well as the Court's order extending the temporary restraining order, Dkt. 215, in light of Lebois's representation that Aralpa Investments, LLC would abide by an extended temporary restraining order, *see* Dkt. 209 at 1 n.1. However, the Court also expressly extends the temporary restraining order against Aralpa Investments, LLC for an additional 14 days, for good cause shown, since Plaintiff has demonstrated irreparable harm in the absence of the TRO and a likelihood of success on the merits. *See* Fed. R. Civ. P. 65(b)(2); *Herrick v. Grindr, LLC*, No. 17-cv-00932 (VEC), 2017 WL 744605, at *2 (S.D.N.Y. Feb. 24, 2017) ("Although the Rule does not define 'good cause,' the Court considers as relevant the same factors that are relevant to whether to grant a TRO in the first place.").

  Ford O'Brien Landy LLP is directed to clarify forthwith whether it represents Aralpa Investments, LLC, as it suggested at the September 2, 2025 conference, promptly file a notice of appearance, and confirm that Aralpa Investments, LLC consents to an extension of the

TRO for the same period that Defendant Rodrigo Lebois Mateos and One57 36B LLC are enjoined.

The Clerk of Court is respectfully directed to close the motion at Dkt. 216.

Dated: September 9, 2025
New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge