UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

Plaintiff,

-against-

ARALPA HOLDINGS LIMITED
PARTNERSHIP, et al.,

Defendants.

Case No. 1:22-cv-08842 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties are HEREBY ORDERED to appear before the Court for a virtual conference on **January 5, 2026** at **3:30 p.m.** to address Plaintiff's letter motion to compel discovery at Dkt. 257. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 147 944 185#.

Dated: December 22, 2025
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge