UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

                Plaintiff,

        -against-

ARALPA HOLDINGS LIMITED
PARTNERSHIP AND RODRIGO LEBOIS
MATEOS,

                Defendants.

Case No. 1:22-cv-08842 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated at the hearing on January 5, 2026 conference, Plaintiff Citibank, N.A.'s

unopposed motion to compel is GRANTED as set forth below:

1. Defendant Rodrigo Lebois Mateos is ordered to produce account statements for the twelve

   bank or brokerage accounts identified at Dkt. 256 at 2 from February 1, 2020 to the present.

   To the extent that Lebois is not in possession of these records, he must obtain them from the

   financial institutions that maintain the accounts.  Production must be completed by

   **January 19, 2026**.

2. Defendant Lebois is ordered to produce all documents in his possession, custody, or control

   concerning his Unifin severance payment by **January 19, 2026**.

Defendants are warned that failure to comply with this Order could result in sanctions.  The

Clerk of the Court is respectfully directed to close the open motions at Dkts. 256 and 257. Because

Dkt. 256 contains sensitive bank account information, it may remain under seal and the redacted Dkt.

257 shall be available to the public.

Dated: January 5, 2026
     New York, New York

                           SO ORDERED.

                           _____

                           JENNIFER L. ROCHON
                           United States District Judge