UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

Plaintiff,

-against-

ARALPA HOLDINGS LIMITED PARTNERHIP and RODRIGO LEBOIS MATEOS,

Defendants.

LUIS BARROSO GONZALEZ,

Plaintiff-Intervenor,

-against-

KAUFF LATON MILLER LLP, Receiver,

Intervenor Defendant.

Case No. 1:22-cv-08842 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the July 2 and 7, 2026 letters filed by Receiver Kauff Laton Miller, LLP (the "Receiver") and Plaintiff Citibank, N.A. (Dkts. 326-327). The Court is also in receipt of Plaintiff-Intervenor Luis Barroso Gonzalez's ("Barroso's") July 7, 2026 letter requesting a stay of discovery (Dkt. 329) and the July 9, 2026 opposition letter filed by Receiver Kauff Laton Miller, LLP (the "Receiver"). (Dkt. 330).

The Court will have a conference on Barroso's request to stay discovery on **July 14, 2026**, at **3:00 p.m.**, remotely by Microsoft Teams video conference. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 493 712 944.

Dated: July 10, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge